**Fill in this information to identify the case:**

Debtor name    **Raynor Shine Services, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-00577-KJ**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2020**        X */s/ Henry E. Moorhead*
                                             Signature of individual signing on behalf of debtor

                                             **Henry E. Moorhead**
                                             Printed name

                                             **Chief Restructuring Officer**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Raynor Shine Services, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-00577-KJ**

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1:   Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ 23,266,835.58

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ 23,266,835.58

**Part 2:   Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 11,563,185.86

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 1,027,802.85

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ 2,363,394.64

4.   Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b

$ 14,954,383.35

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Raynor Shine Services, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **6:20-bk-00577-KJ** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BB&T corporate account | checking | 6617 | $1,614.01 |
| 3.2. | Fifth Third Bank corporate account | checking | 4795 | $6,963.09 |
| 3.3. | Fifth Third operating account | checking | 4787 | $18,570.25 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Undeposited funds | $22,240.00 |
| 4.2. | Petty Cash: Apopka location $300; Ocoee location $300; Apopka Office $46.96 | $646.96 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$50,034.31

**Part 2:   Deposits and Prepayments**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | | Case number *(If known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Utility deposits:  Duke Energy acct 8286 $240; acct 2501 $200; acct 0591 $200; acct 1259 $815; acct 9120 $130; acct 12501 $200; acct 9037 $645;  City of Apopka $2,000** | **$4,430.00** |
| 7.2. | **Orange County Solid Waste Security Escrow for 2019** | **$2,124.00** |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|---|---|---|
| | Description, including name of holder of prepayment | |
| 8.1. | **Prepaid insurance with Amerisure Mutual** | **$31,103.14** |

| 9. | **Total of Part 2.** | | **$37,657.14** |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **678,148.13** | - | **0.00** = .... | **$678,148.13** |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | | **$678,148.13** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 19. | **Raw materials** |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| | Raw material inventory | | Unknown | Cost | $2,364,717.00 |
| 20. | **Work in progress**<br>**Work in progress inventory** | | Unknown | Cost | $5,825,900.00 |
| 21. | **Finished goods, including goods held for resale**<br>**Finished goods inventory** | | Unknown | Cost | $342,205.00 |
| 22. | **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**

|  |
|---|
| $8,532,822.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ■ Yes. Book value    212,333.44   Valuation method   Cost   Current Value   212,333.44

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**Office furniture, fixtures and equipment as listed on attached exhibit** | $0.00 | debtor's opinion | $10,000.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number *(If known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | <sub>Name</sub> | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

<div align="right">

$10,000.00

</div>

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Equipment securing loan of Engage4Fun, LLC as listed on Exhibit attached to Schedule A/B** | Unknown | debtor's opinion | $920,000.00 |
| 47.2.    **Ford F550 Service Truck, VIN: 1FDUFHTXEEB66463** | $0.00 | Appraisal | $30,200.00 |
| 47.3.    **Mack CHU613 Trac Truck VIN 1M1AN09Y2GM022910, value $76,300 Mack CHU613 Trac Truck VIN 1M1AN09Y4GM022911, value $76.,300 Mack CHU613 Trac Truck VIN 1M1AN09Y6GM022909, value $76,300** | Unknown | Appraisal | $228,000.00 |
| 47.4.    **MACK CHU613 Truck VIN 1M1AN07YXJM027024, value $116,000** | Unknown | Appraisal | $116,000.00 |
| 47.5.    **MACK CHU613 Truck VIN 1M1AN09Y7JM026975, value $116,000** | Unknown | Appraisal | $116,000.00 |
| 47.6.    **MACK CHU613 Truck VIN 1M1AN07Y6JM028042** | Unknown | Appraisal | $116,000.00 |
| 47.7.    **Additional vehicles as listed on the Vehicle exhibit attached to Schedule A/B** | Unknown | Appraisal; opin. | $1,460,700.00 |
| 47.8.    **2017 Mack GU813, S/N 1M2AX16C1HM038069 with 2017 Robotec Elite 910 Grappler & Dump** | Unknown | Debtor's opinion | $175,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | | Case number *(If known)* **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.9. | **2017 Mack GU813, S/N: 1M2AX16C3HM038071; 2017 Robotec Elite 910 Grappler S/N 131257-19-1** | **Unknown** | **Debtor's opinion** | **$175,000.00** |
| 47.10. | **Mack GU813, S/N 1M2AX16C3HM038068, value $175,000; Mack GU813, S/N 1M2AX16C3HM038069, value $175,000** | **Unknown** | **Debtor's opinion** | **$350,000.00** |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment) (3) 2018 McCloskey 733RE Trommel Screens, 1/2" Screen Mesh installed in Screen Drums value $1,020,000; (5) 2018 McCloskey ST00 Radial Stacking Conveyors 35"x100' Road Towable and Hopper Extensions value $468,000; 2018 Mack CHU613 Truck, s/n 1M1AN07Y3JM028287 value $116,000** | **Unknown** | **Appraisal** | **$1,604,000.00** |
| | **Equipment securing loan of BB&T ending in 0007 as listed on the exhibit attached to Schedule A/B** | **Unknown** | **Appraisal** | **$3,421,472.00** |
| | **2018 Diamond Z DZT1564B Tub Grinder VIN 1R9FX4632HC722218 value $805,500, with Caterpillar C32 Mobil Generator, VIN 5SLBG1521CL010988, value $19,600** | **Unknown** | **Appraisal** | **$825,100.00** |
| | **Caterpillar 320E Hydraulic Excavator, SN WBK03824** | **Unknown** | **Debtors' opnion** | **$74,235.00** |
| | **Caterpillar 320E Excavator S/N WBK03776** | **Unknown** | **Debtor's opinion** | **$74,235.00** |
| | **Caterpillar 950M Wheel Loader, S/N EMB00302** | **Unknown** | **Debtor's opinion** | **$104,685.00** |
| | **Caterpillar 950M Wheel Loader, S/N EMB00303** | **Unknown** | **Debtor's opinion** | **$104,685.00** |
| | **Caterpillar 950M Wheel Loader, S/N EMB00298** | **Unknown** | **Debtor's opinion** | **$104,685.00** |
| | **Caterpillar 950M Wheel Loader, S/N EMB00301** | **Unknown** | **Debtor's opinion** | **$104,685.00** |
| | **Komatsu PC210LC-11 Hydraulic Excavator, S/N 500276** | **Unknown** | **Debtor's opinion** | **$120,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | | Case number *(If known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Komatsu PC210LC-11 Hydraulic Excavator, S/N 500363** | **Unknown** | **Debtor's opinion** | **$127,000.00** |
| **Komatsu PC210LC-11 Hydraulic Excavator, S/N A12431** | **Unknown** | **Debtor's opinion** | **$150,000.00** |
| **Komatsu WA200-8 Wheel Loader, S/N 85056** | **Unknown** | **Debtor's opinion** | **$140,800.00** |
| **Komatsu WA200-8 Wheel Loader, S/N 85024** | **Unknown** | **Debtor's opinion** | **$140,800.00** |
| **Komatsu WA270-7 Wheel Loader, S/N 81296** | **Unknown** | **Debtor's opinion** | **$115,000.00** |
| **Komatsu WA270-7 Wheel Loader, S/N 81299** | **Unknown** | **Debtor's opinion** | **$115,000.00** |
| **Power Screen Terex Phoenix/ Trommel Crusher, S/N TRX00178CDGGB3306** | **Unknown** | **Appraisal** | **$273,400.00** |
| **Amerimulch ColorTrom 300 Coloring System, with hopper and Control Panel assembly;Marksman Computer-assisted monitoring system, colorants, S/N TR172020051** | **Unknown** | **Debtor's opinion** | **$140,000.00** |
| **Other machinery and equipment as listed on attached Equipment exhibit to Schedule A/B** | **Unknown** | **Appraisal, opin.** | **$739,650.00** |
| **Caterpillar 950M Wheel Loader, S/N EMB00638** | **Unknown** | **debtor's opinion** | **$104,685.00** |
| **2016 Caterpillar CT660S on-highway truck, TEPO1699, VIN 3HSJGTKR6GN247352, value $48,000; 2016 Caterpillar CT660S on-highway truck, TEPO1699, VIN 3HSJGTKR8GN247353, value $48,000; Caterpillar 950M Wheel Loader, s/n EMB02242, value $696,000; Ford F550 Mechanics truck VIN 1FDUF5HT6BEB25534, value $55,000; Ford F550 Mechanics truck VIN 1FDUF5GT4CEB23301 value $24,200** | **Unknown** | **debtor's opinion** | **$871,200.00** |
| **WesternStar 4900SA-58192, S/N 5KKKALDE86PW58192** | **$80,000.00** | **debtor's opinion** | **$80,000.00** |

| 51. | **Total of Part 8.** | | **$13,222,217.00** |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 6 |
|---|---|---|

| Debtor | **Raynor Shine Services, LLC** | | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

☐ Yes

<div style="background:black;color:white">Part 9:</div> **Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 10:</div> **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Internet domain | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

<div style="background:black;color:white">Part 11:</div> **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | | | Case number *(If known)*  **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

| | **260,000.00** | - | **0.00** | = | |
|---|---|---|---|---|---|
| **Loan to management member** | Total face amount | | doubtful or uncollectible amount | | **$260,000.00** |

| | **475,957.00** | - | **0.00** | = | |
|---|---|---|---|---|---|
| **Mulch Properties, Inc.** | Total face amount | | doubtful or uncollectible amount | | **$475,957.00** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
**General Liability, Automobile, Property, and Inland Marine Insurance - through Nationwide Insurance Company**
**Umbrella Insurance policy through American Guarantee & Liability Company (Zurich)**
**Workers Compensation through Continental Divide Ins. Co.**                                                                $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.     | **$735,957.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | Case number *(If known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">Part 12:</div>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$50,034.31** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$37,657.14** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$678,148.13** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$8,532,822.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$13,222,217.00** | |
| 88. **Real property.** *Copy line 56, Part 9....................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$735,957.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$23,266,835.58** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$23,266,835.58** |



# A/R Aging Summary

### As of January 30, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **1 2 TREE ENVIROMENTAL LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **A/R Adjustment** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **ABM ON SITE SERVICES** | 1,375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,375.00 |
| **ACTIVE ENVIRONMENTAL** | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| **ADS Tree Service** | 0.00 | 425.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| **ALEXANDER'S PROPERTY MAINTENANCE** | 475.00 | 0.00 | 0.00 | 0.00 | 0.00 | 475.00 |
| **ALLIANCE EXCAVATING** | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,600.00 |
| **ALLSTATE PAVING, INC.** | 3,331.00 | 1,700.00 | 0.00 | 0.00 | 0.00 | 5,031.00 |
| **AMERIGROW RECYCLING** | 0.00 | 0.00 | 4,178.00 | 0.00 | 0.00 | 4,178.00 |
| **ANGELO'S RECYCLING** | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| **APOPKA TREE** | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 |
| **APPLIED MULCH AND SOIL** | 0.00 | 1,584.72 | 1,533.60 | 0.00 | 0.00 | 3,118.32 |
| **AQUA CLEAN ENVIROMENTAL CO INC.** | 3,837.76 | 3,500.00 | 0.00 | 0.00 | 0.00 | 7,337.76 |
| **AQUATIC WEEDS** | 0.00 | 425.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| Arazoza Brothers Corp. | 950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 950.00 |
| **ARROYO LANDSCAPE** | 0.00 | 1,125.00 | 0.00 | 0.00 | 0.00 | 1,125.00 |
| **ATLANTIC CIVIL** | 2,256.00 | 108.00 | 0.00 | 0.00 | 0.00 | 2,364.00 |
| **BAKER COMMER. TAMPA** | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| Bano Poma Tree Lot | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| Bayou Golf Club | 0.00 | 850.00 | 0.00 | 0.00 | 0.00 | 850.00 |
| **BEESLEY CONSTRUCTION CO.** | 0.00 | 6,365.00 | 13,860.00 | 0.00 | 0.00 | 20,225.00 |
| **BLADE RUNNER GRADING INC.** | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 |
| **BLUE FISH CONSTRUCTION** | -1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,800.00 |
| **BRIGHTVIEW LANDSCAPE SERVICES 1** | 10,400.00 | 11,550.00 | 0.00 | 0.00 | 0.00 | 21,950.00 |
| **BROWNIE'S SEPTIC & PLUMBING** | 900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| **BUCKHORN PROPERTIES** | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| **BWI** | 5,775.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,775.00 |
| **CARROLLWOOD COUNTRY CLUB** | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| **CENTRAL FLORIDA HURRICANE TREE SERVICE** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| **CHAMPION SERVICES** | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| **CHARLES PEELER CONSTRUCTION** | 1,775.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,775.00 |
| **CITY OF OCOEE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **CITY OF ORLANDO** | 6,264.00 | 1,536.00 | 0.00 | 0.00 | 0.00 | 7,800.00 |

# A/R Aging Summary
## As of January 30, 2020



|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| CITY OF WG SOLIDWAST | 0.00 | 685.00 | 0.00 | 0.00 | 0.00 | 685.00 |
| CLARK ENVIRONMENTAL | 1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| COLORBURST, INC. | 0.00 | 0.00 | 275.00 | 0.00 | 0.00 | 275.00 |
| CONTOURS LANDSCAPE SOLUTIONS, INC. | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| CREATIVE NORTH INC | 3,112.50 | 5,078.25 | 0.00 | 0.00 | 0.00 | 8,190.75 |
| DAVEY TREE MAITLAND | 5,098.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,098.00 |
| DORA LANDSCAPE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 | 2,890.30 | 2,890.30 |
| DOUGLAS TREE SERVICE | 0.00 | 0.00 | 375.00 | 0.00 | 0.00 | 375.00 |
| DOWN TO EARTH | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |
| DS L/S MAIT. | 1,275.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,275.00 |
| DUBSDREAD | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| DWC OUTDOORS | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| EAGLE CREEK GOLF CLUB | 0.00 | 0.00 | 1,240.00 | 0.00 | 0.00 | 1,240.00 |
| EARTH TRADES | 998.00 | 8,910.00 | 584.00 | 0.00 | 0.00 | 10,492.00 |
| ENVIRO TREE SERVICE | 0.00 | 3,825.00 | 0.00 | 0.00 | 0.00 | 3,825.00 |
| ENVIROMENTAL ONE | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| Florida Hospital / AdventHealth | 1,275.00 | 3,883.00 | 425.00 | 0.00 | 0.00 | 5,583.00 |
| FORESTRY RESOURCES FT MYERS | 925.00 | 2,590.00 | 2,775.00 | 0.00 | 0.00 | 6,290.00 |
| FRANK GARCIA | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| GOLDEN BEAR CLUB | 750.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 2,250.00 |
| GREGORI CONSTRUCTION INC | 0.00 | 0.00 | 0.00 | 0.00 | -75.00 | -75.00 |
| GROUNDTEK | 1,481.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,481.00 |
| HANCOCK TREE | 168.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168.00 |
| HILLSBOROUGH COUNTY | 150,629.30 | 0.00 | 0.00 | 0.00 | 0.00 | 150,629.30 |
| Joe's Tree Services & Landscaping | 0.00 | 0.00 | 0.00 | 0.00 | -100.00 | -100.00 |
| JOHN BROWN & SONS | 0.00 | 3,400.00 | 0.00 | 0.00 | 0.00 | 3,400.00 |
| KRULL SMITH LANDSCAPING | 2,115.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,115.00 |
| LAFLEUR NURSERIES | 2,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 |
| LAND PRO ENTERPRISES INC | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | -150.00 |
| LANDCARE USA LLC | 1,225.00 | 728.36 | 0.00 | 0.00 | 0.00 | 1,953.36 |
| LANDSCAPE PRODUCTS INC | 0.00 | 0.00 | 7,892.50 | 0.00 | 0.00 | 7,892.50 |
| LANDSCAPES USA | 25.00 | 450.00 | 0.00 | 0.00 | 0.00 | 475.00 |
| LEE CREST CO | 0.00 | 0.00 | 0.00 | 0.00 | 973.92 | 973.92 |



# A/R Aging Summary
### As of January 30, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| MACK CONTRACTING, LLC | 475.00 | 2,450.00 | 0.00 | 0.00 | 0.00 | 2,925.00 |
| MORANSCAPE LLC | 0.00 | 0.00 | 425.00 | 0.00 | 0.00 | 425.00 |
| NATIVE LAND & TREE | 0.00 | 750.00 | 2,030.00 | 0.00 | 0.00 | 2,780.00 |
| Orange County Utilities-Solid Waste Div | 61,538.72 | 0.00 | 0.00 | 0.00 | 0.00 | 61,538.72 |
| QUISQUEYA LANDSCAPING | 1,700.00 | 0.00 | 3,000.00 | 2,300.00 | 0.00 | 7,000.00 |
| RED BUD LANDSCAPING & IRRGATION INC. | 0.00 | 2,320.00 | 0.00 | 0.00 | 0.00 | 2,320.00 |
| REEDER'S LANDSCAPING, INC. | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| RELIABLE PEAT CO JV | 1,260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,260.00 |
| REW | 8,775.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,775.00 |
| RIO PINAR GOLF CLUB | 0.00 | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| SCOTT WEST | 2,153.60 | 166.00 | 0.00 | 140.00 | 0.00 | 2,459.60 |
| SEAWORLD PARKS & ENTERTAINMENT | 3,400.00 | 3,825.00 | 0.00 | 0.00 | 0.00 | 7,225.00 |
| SEMINOLE COUNTY | 66,948.12 | 0.00 | 0.00 | 0.00 | 0.00 | 66,948.12 |
| SEMINOLE TREE MASTERS | 0.00 | 0.00 | 0.00 | 0.00 | 1,220.52 | 1,220.52 |
| SEMINOLE WOODS HOA | 0.00 | 462.86 | 0.00 | 0.00 | 0.00 | 462.86 |
| Servello & Son | 2,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 |
| SIKORSKI LANDSCAPING | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |
| SILVER SPRINGS CITRUS, LLC | 15,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,450.00 |
| Simply Trees Florida | -1,500.00 | -750.00 | 0.00 | 0.00 | 0.00 | -2,250.00 |
| SITEK CORPORATION | 2,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,850.00 |
| SLIP TECH LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,707.00 | 2,707.00 |
| SOUTHLAND CONSTRUCTION, INC. | 2,650.00 | 475.00 | 1,900.00 | 0.00 | 0.00 | 5,025.00 |
| SOUTHWOOD LANDSCAPING | 76.68 | 0.00 | 0.00 | 0.00 | 0.00 | 76.68 |
| SPOLSKI CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 | -50.00 |
| STATE TREE DESIGN | 0.00 | 0.00 | 0.00 | 0.00 | -75.00 | -75.00 |
| SUN GRO HORTICULTURE | 6,686.12 | 1,440.00 | 0.00 | 0.00 | 0.00 | 8,126.12 |
| SUNRISE LANDSCAPE | 2,800.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 4,800.00 |
| SURFACE MANAGEMENT & TURF SERVICES | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 | -50.00 |
| THE SCOTT'S MIRACLE-GRO COMPANY | 60,322.18 | 0.00 | 0.00 | 0.00 | 0.00 | 60,322.18 |
| TOP GUN LAWN CARE | 0.00 | -50.00 | 0.00 | 0.00 | 0.00 | -50.00 |
| TREE TRIMMING BY KEVIN SAXTON | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| TREE WORK NOW,LLC | 1,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,150.00 |
| TRI-CHOICE SERVICES, INC. | 712.00 | 0.00 | 0.00 | 0.00 | 0.00 | 712.00 |



## A/R Aging Summary
### As of January 30, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Tucker Paving Inc. | 900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| UNIVERSAL STUDIOS | 4,875.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,875.00 |
| VALROY LINERS, INC. | 0.00 | -405.00 | 0.00 | 0.00 | 0.00 | -405.00 |
| VIM Recyclers, LP | 6,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,750.00 |
| WAL-ROSE INC, | 11,675.00 | 2,999.99 | 0.00 | 0.00 | 0.00 | 14,674.99 |
| WASTE MANAGEMENT ORLANDO | 3,570.00 | 1,150.00 | 0.00 | 0.00 | 0.00 | 4,720.00 |
| WASTE MGMT  RSS | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| WASTE MGMT PINELLAS TRANSFER STATION | 14,567.28 | 19,582.83 | 0.00 | 0.00 | 0.00 | 34,150.11 |
| WEBER ENVIROMENTAL | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| WEST ORANGE NURSERY | 0.00 | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| WORD OF MOUTH TREE | 1,130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,130.00 |
| YELLOWSTONE LANDSCAPE SOUTHEAST, LLC | 17,601.30 | 0.00 | 0.00 | 0.00 | 0.00 | 17,601.30 |
| Yutzy Tree Service | 6,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,750.00 |
| ZEN OUTDOORS | 4,490.46 | 0.00 | 0.00 | 0.00 | 0.00 | 4,490.46 |
| TOTAL | 534,030.02 | 101,185.01 | 40,493.10 | 2,440.00 | 7,641.74 | 685,789.87 |

**12787  RAYNOR SHINE SERVICES LLC**
46-4143745
FYE: 12/31/2018

# Tax Property Detail

04/19/2019  10:35 AM

Page 3

## Summary

| PPT type - FL | 12/31/18 | 12/31/17 | 12/31/16 | 12/31/15 | 12/31/14 | 12/31/13 |
|---|---|---|---|---|---|---|
| 10 - Office furniture, office machines, & library | 5,577.50 | 0.00 | 699.93 | 21,816.26 | 0.00 | 0.00 |
| 11 - EDP equipment, computers, word process | 9,914.13 | 1,256.97 | 0.00 | 1,448.33 | 0.00 | 0.00 |
| 13 - Machinery & manufacturing equipment | 32,149.99 | 14,930.00 | 494,685.72 | 2,378,318.20 | 246,551.00 | 0.00 |
| 20 - Leasehold improvements | 19,317.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 66,959.55 | 16,186.97 | 495,385.65 | 2,401,582.79 | 246,551.00 | 0.00 |

| PPT type - FL | 12/31/12 | 12/31/11 | 12/31/10 | 12/31/09 | 12/31/08 | 12/31/07 |
|---|---|---|---|---|---|---|
| 10 - Office furniture, office machines, & library | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - EDP equipment, computers, word process | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Machinery & manufacturing equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Leasehold improvements | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| PPT type - FL | 12/31/06 | 12/31/05 | 12/31/04 | 12/31/03 | PRIOR YEARS | TOTAL |
|---|---|---|---|---|---|---|
| 10 - Office furniture, office machines, & library | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28,093.69 |
| 11 - EDP equipment, computers, word process | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,619.43 |
| 13 - Machinery & manufacturing equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,166,634.91 |
| 20 - Leasehold improvements | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,317.93 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,226,665.96 |

office furnishings, fixtures equipment at 850 Ocoee Apopka Rd

**12787TPP RAYNOR SHINE SERVICES LLC**
46-4143745                          **Tax Property Detail**                    04/22/2019  9:35 AM
FYE: 12/31/2018                                                                              Page 1

| Asset | Property Description | Date In Service | Tax Cost | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr |
|---|---|---|---|---|---|---|
| **Date In Service for Year End: 12/31/15** | | | | | | |
| 102 | SECURITY CAMERAS | 3/23/15 | 4,866.51 | 3,802.41 | 304.03 | 4,106.44 |
| 5 | 2009 DOPPSTADT SM 720 | 1/01/15 | 165,000.00 | 92,842.56 | 20,616.41 | 113,458.97 |
| 27 | FECON COLOR MATCH | 1/01/15 | 63,900.00 | 49,927.70 | 3,992.09 | 53,919.79 |
| | Year End Total: 12/31/15 | | 233,766.51 | 146,572.67 | 24,912.53 | 171,485.20 |
| | | | | | | |
| | Grand Total | | 233,766.51 | 146,572.67 | 24,912.53 | 171,485.20 |

12787TPP  RAYNOR SHINE SERVICES LLC
46-4143745
FYE: 12/31/2018

# Tax Property Detail

04/22/2019  9:35 AM
Page 2

## Summary

| PPT type - FL | 12/31/18 | 12/31/17 | 12/31/16 | 12/31/15 | 12/31/14 | 12/31/13 |
|---|---|---|---|---|---|---|
| 10 - Office furniture, office machines, & library | 0.00 | 0.00 | 0.00 | 4,866.51 | 0.00 | 0.00 |
| 13 - Machinery & manufacturing equipment | 0.00 | 0.00 | 0.00 | 228,900.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 233,766.51 | 0.00 | 0.00 |

| PPT type - FL | 12/31/12 | 12/31/11 | 12/31/10 | 12/31/09 | 12/31/08 | 12/31/07 |
|---|---|---|---|---|---|---|
| 10 - Office furniture, office machines, & library | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Machinery & manufacturing equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| PPT type - FL | 12/31/06 | 12/31/05 | 12/31/04 | 12/31/03 | PRIOR YEARS | TOTAL |
|---|---|---|---|---|---|---|
| 10 - Office furniture, office machines, & library | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,866.51 |
| 13 - Machinery & manufacturing equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 228,900.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 233,766.51 |

Engage4Fun collateral

| Type | Model Year | Equipment Description | ID/Serial# | Estimated Value | Location Of Equipment | Unit # | TAG # |
|------|------------|----------------------|-----------|-----------------|----------------------|--------|-------|
| Loader | 2015 | John Deere 644K/ Wheel Loader | 1DW644KZJEF665656 | $113,750 | Apopka | HE016 | |
| Loader | 2015 | John Deere 644K/ Wheel Loader | 1DW644ZHEF664630 | $113,750 | Ocoee | HE077 | |
| Loader | 2015 | John Deere 644K/ Wheel Loader | 1DW644KZ2HF666735 | $113,750 | Apopka | HE078 | |
| Loader | 2015 | John Deere 644K/ Wheel Loader | 1DW644KZHEF665468 | $113,750 | Ocoee | HE017 | |
| Grapple Truck | 2006 | Sterling LT9500 GR Truck | 2FZHAZCVX6AU29464 | $75,000 | Apopka | GR07 | N1899X |
| Grapple Truck | 2006 | 2006 Sterling L7501 Truck | 2FZHAZCVX6AV19357 | $65,000 | Apopka | GR05 | P3905B |
| Grapple Truck | 2005 | Sterling LT9500 Truck | 2FZHAZCK25AU00061 | $60,000 | Apopka | GR57 | N4993W |
| Grapple Truck | 2005 | Sterling LT9500 Truck | 2FZHAZCK85AU00064 | $60,000 | Apopka | GR58 | N6034W |
| Grapple Truck | 2015 | Sterling 9513 Grapple Truck | 2FZHAZCV85AU00043 | $60,000 | Apopka | GR52 | N6070W |
| Grapple Truck | 2006 | Mack CV713 Grapple Truck | 1M2AG11C46M033076 | $70,000 | Apopka | GR55 | N6069W |
| Grapple Truck | 2008 | International Paystar Truck | 1HTXLAPT28J655247 | $75,000 | Apopka | GR56 | N1896X |
| | | | | $920,000 | | | |

**47. Additional vehicles**

| Type | Model Year | Equipment Description | ID/Serial# | Moecker Appraised Value 6/12/2019 | Adjusted Value | Location | Unit # | TAG # |
|------|-----------|----------------------|-----------|---------------------------------|---------------|----------|--------|-------|
| Pickup Truck | 2011 | Dodge Durango | 1D4SE5GT2BC732836 | $12,850 | $12,850 | Apopka | P110 | GTWY29 |
| Pickup Truck | 2013 | Ford Escape | 1FMCU0G9XDUC03901 | $8,550 | $8,550 | Apopka | P109/DAWN | Y84MDS |
| Pickup Truck | 2014 | Dodge Ram 1500 Truck | 1C6RR7FT5ES331294 | $16,950 | $16,950 | Apopka | P50/ ART | DLID92 |
| Pickup Truck | 2014 | Dodge Ram 1500 Truck | 1C6RR7WM0ES311589 | $25,900 | $25,900 | Apopka | P007/MIKE | ESRS74 |
| Pickup Truck | 2015 | Dodge Ram 1500 Truck | 1C6RR7FG1FS753891 | $18,100 | $18,100 | Tampa | P105/WALT | ESRP43 |
| Pickup Truck | 2015 | Dodge Ram 1500 Truck | 1C6RR6FT7ES391166 | $15,650 | $15,650 | Apopka | P51/STEVEN | DLID91 |
| Pickup Truck | 2017 | Dodge Ram 1500 Truck | 1C6RR6LMXHS751855 | $26,100 | $26,100 | Apopka | P106/PETE | IUEH13 |
| Semi Tractor | 2005 | Freightliner CL-120 Truck - Yard Truck | 1FUJA6CV15LV08441 | $14,000 | $14,000 | Apopka | SE11 | |
| Semi Tractor | 2005 | Sterling A9512 Semi Truck | 2FWBA2CV35AN76606 | $7,800 | $7,800 | Apopka | SE30 | 305QPZ |
| Semi Tractor | 2005 | Peterbilt 385 Semi Truck | 1XPGDU9X55D848285 | | $8,000 | Ocoee | SE81 | EZVF78 |
| Semi Tractor | 2009 | Kenworth W900L Semi Truck | 1XKWD40X69J244301 | | $12,000 | Hillsborough | SE80 | EZVF77 |
| Semi Tractor | 2015 | Peterbilt 567 Semi Truck | 1XPCDF9X8FD307524 | $88,750 | $88,750 | Faulkenburg | SE40 | D23RIL |
| Semi Tractor | 2015 | Peterbilt 567 Semi Truck | 1XPCDP9XXFD307525 | $88,750 | $88,750 | Hillsborough | SE42 | 019RIL |
| Semi Tractor | 2015 | Peterbilt 567 Semi Truck | 1XPCDP9X1FD307526 | $88,750 | $88,750 | Faulkenburg | SE41 | 021RIL |
| Semi Tractor | 2015 | Peterbilt 567 Semi Truck | 1XPCDP9X3FD307527 | $88,750 | $88,750 | Apopka | SE43 | 022RIL |
| Semi Tractor | 2015 | Peterbilt 567 Semi Truck | 1XPCP4EX4FD307967 | $88,750 | $88,750 | Apopka | SE44 | 289QYY |
| Trailer | 1987 | Miller P2422 Flatbed Trailer | 1MLP24223JB152012 | $5,300 | $5,300 | Apopka | FT183 | 6111CW |
| Trailer | 1987 | Miller P2422 Flatbed Trailer | 1MLP24220JB152003 | $5,300 | $5,300 | Apopka | FT184 | 6127CW |
| Trailer | 1987 | Miller P2422 Flatbed Trailer | 1MLP24223JB152026 | $5,300 | $5,300 | Apopka | FT187 | 6124CW |
| Trailer | 1987 | Miller P2422 Flatbed Trailer | 1MLP24223JB152009 | $5,300 | $5,300 | Apopka | FT188 | 6125CW |
| Trailer | 1988 | Miller P2422 Flatbed Trailer | 1MLP24227JB152028 | $5,300 | $5,300 | Apopka | FT180 | 6119CW |
| Trailer | 1988 | Miller P2422 Flatbed Trailer | 1MLP24225JB152013 | $5,300 | $5,300 | Apopka | FT181 | 6120CW |
| Trailer | 1988 | Miller P2422 Flatbed Trailer | 1MLP24224JB152018 | $5,300 | $5,300 | Apopka | FT186 | 6123CW |
| Trailer | 1988 | Miller P2422 Flatbed Trailer | 1MLP24225JB152027 | $5,300 | $5,300 | Apopka | FT189 | 6126CW |
| Trailer | 1989 | Miller CPH22-36S Flatbed Trailer | H-2090 | $5,300 | $5,300 | Apopka | FT182 | 3530CW |
| Trailer | 1989 | Miller P2422 Flatbed Trailer | 1MLP2422KB233013 | $5,300 | $5,300 | Apopka | FT185 | 6122CW |
| Trailer | 1992 | WITZCO Challenger Lowboy Trailer | 1EMLB50R2N951578A | | $4,000 | Faulkenburg | ST94 | 7861CP |
| Trailer | 1994 | Crosley Trailer | 822154JS002335 | $4,950 | $4,950 | Apopka | HE033 | |
| Trailer | 2006 | Great Lake 23' Dump Trailer | 1G9CD23386S139640 | $42,200 | $42,200 | Apopka | GT23 | |
| Trailer | 2006 | Imperial Trailer | 1Z9PH25246J213318 | | $2,000 | Apopka | HE093 | 3522CW |
| Trailer | 2008 | Homemade Box Trailer | ARKAVTL0880434238 | $5,000 | $5,000 | Apopka | GT22 | BMIX35 |
| Trailer | 2008 | Mack Walking Floor | 2MAMN45258C015374 | $46,800 | $46,800 | Apopka | ST91 | 7860CP |
| Trailer | 2013 | Peerless 45' Box Trailer | IPLE04527DPES57895 | $23,850 | $23,850 | Apopka | ST20 | 5006CN |
| Trailer | 2014 | East Walking Floor Trailer | E1U2Y288ER051264 | $42,850 | $42,850 | Apopka | ST21 | 7696CN |
| Trailer | 2015 | Peerless Walking Floor Trailer | 1PLE0482XFPK59288 | $33,800 | $33,800 | Faulkenburg | ST62 | 1440CN |
| Trailer | 2016 | Peerless 48' WF Semi Trailer | 1PLE0482XGPG59971 | $35,100 | $35,100 | Hillsborough | ST85 | 9515CP |
| Trailer | 2016 | East 48' WF Semi Trailer | 1E1U2Y285GR057431 | $45,450 | $45,450 | Apopka | ST84 | 9513CP |
| Trailer | 2016 | East 48' WF Semi Trailer | 1E1U2Y283GR057430 | $45,450 | $45,450 | Apopka | ST83 | 9514CP |
| Trailer | 2016 | Fontain 55 Lowboy Trailer | 57JES52302G3572874 | $53,550 | $53,550 | Apopka | ST66 | 2890CQ |
| Trailer | 2018 | East Genesis ST | 1E1U2Y283JR061324 | $61,800 | $61,800 | Apopka | ST163 | 4313CU |
| Trailer | 2018 | East Genesis ST | 1E1U2Y289JR061327 | $61,800 | $61,800 | Apopka | ST165 | 4312CU |
| Trailer | 2018 | Semi Trailer 48WF ST | 1E1U2Y284JR062806 | $61,800 | $61,800 | Apopka | ST161 | 2453CV |
| Trailer | 2018 | Semi Trailer 48WF ST | 1E1U2Y286JR062807 | $61,800 | $61,800 | Apopka | ST162 | 2454CV |
| Trailer | 2019 | Transcraft Combo | 1TTF452C3K3137068 | $30,500 | $30,500 | Apopka | ST166 | 1554CX |
| Utility Truck | 1987 | Ford C-8000 Tank Truck | 1FDYD80U6HVA53904 | $11,250 | $11,250 | Apopka | HE032 | N9322U |
| Utility Truck | 1987 | Ford LT9513 Water Truck | 1FDYW80UXGVA60489 | $15,000 | $15,000 | Ocoee | HE028 | |
| Utility Truck | 1999 | Ford F250 SD Truck | 1FTNW20L9XEB67982 | $5,800 | $5,800 | Faulkenburg | HE031 | EZVF76 |
| Utility Truck | 2000 | Cheverlot C350 Flatbed Truck | 1GBHC34R2YF433918 | $3,200 | $3,200 | Apopka | HE107 | EZUF76 |
| Utility Truck | 2006 | Ford F250 SD Truck | 1FTSW21P86EA86636 | $13,200 | $13,200 | Apopka | P31 | DBYS25 |
| Utility Truck | 2007 | Ford F450 SD Truck | IFDXF46P67EB27515 | $9,500 | $9,500 | Apopka | HE014 | 845QHL |
| Utility Truck | 2008 | Freightliner M2106V | 1FVACXDJ98HZ53170 | $15,600 | $15,600 | Apopka | | |
| | 2018 | Semi Trailer 48WF ST | 1E1U2Y284JR062805 | $61,800 | $61,800 | Apopka | ST160 | 2452CV |

$1,460,700

50.  Equipment Securing loan of BB&T ending 0007

BB&T Collateral for loan ending 0007

| Type | Model Year | Equipment Description | ID/Serial# | Value | Location | Unit # | TAG # |
|------|-----------|----------------------|-----------|-------|----------|--------|-------|
| Excavator | 2012 | CAT 324EL Excavator | PNW00586 | $165,650 | Polk-Nichols | HE098 | |
| Excavator | 2012 | John Deere 350G Excav/ Morbark Wood Sheer | 1FF350GXLE808815 | $162,650 | Apopka | HE019 | |
| Grinder | 2014 | Mobark 6600/ Grinder | 186-1165 | $405,000 | Apopka | HE025 | |
| Grinder | 2005 | Morbark 1300 Tub Grinder | 571407 | $175,000 | Ocoee | HE101 | |
| Grinder | 2015 | Vermeer TG9000 Tub Grinder | 1VRY43484F1000207 | $580,000 | Hillsborough | HE075 | DUKD68 |
| Loader | 2016 | CAT 950M/ Wheel Loader | EMB02242 | $125,622 | Apopka | HE129 | |
| Loader | 2018 | CAT Skid Steer 299D2 | FD202485 | $77,950 | Apopka | HE015 | |
| Loader | 2018 | CAT Skid Steer 299D2 | FD202289 | $77,950 | Apopka | HE020 | |
| Miscellaneous | 2006 | 626 Cougar/ Wildcat Screen | 1W9SS53234F351278 | $100,800 | Apopka | HE076 | |
| Miscellaneous | 2010 | McCloskey Stacking Conveyor #36X80 | 70898 | $49,000 | Apopka | HE001 | |
| Miscellaneous | 2015 | McCloskey Stacking Conveyor #36X80 | 84552 | $60,500 | Apopka | HE002 | |
| Grapple Truck | 2005 | Sterling LT9500 Truck | 2FZHAZCK25AU00061 | $60,000 | Apopka | GR57 | N4993W |
| Grapple Truck | 2005 | Sterling LT9500 Truck | 2FZHAZCK85AU00064 | $60,000 | Apopka | GR58 | N6034W |
| Grapple Truck | 2005 | Sterling Model LT950 | 2FZHAZCG85AU83698 | $70,000 | Apopka | GR130 | N9582X |
| Grapple Truck | 2006 | Stearling LT9500 Truck | 2FZHAZCV75AU53767 | $60,000 | Apopka | GR59 | N1436W |
| Grapple Truck | 2006 | Western Model 4900 | 5KKKALDE86PW58192 | $80,000 | Apopka | GR09 | N5086Y |
| Grapple Truck | 2007 | Kenworth T800 Semi Truck | 2NKDLB0X97M196047 | $70,000 | Apopka | GR15 | N6532V |
| Grapple Truck | 2007 | Stearling LT9000 | 2FZHAZCV07AX54495 | $60,000 | Apopka | GR131 | N59586X |
| Pickup Truck | 2016 | Dodge Ram Truck | 1C6RR7LG6GS112255 | $24,550 | Apopka | P144/KEVIN | ESSE36 |
| Pickup Truck | 2016 | Dodge Ram 1500 Truck | 3C6JR6AG1GG278072 | $14,700 | Apopka | P121/FREDDY | GNQA98 |
| Pickup Truck | 2016 | Dodge Ram 1500 Truck | 3C6JR6AG8GG278070 | $14,700 | Apopka | P120/RICHARD | GNQA97 |
| Pickup Truck | 2016 | Jeep Grand Cherokee | 1C4RJFJG2GC322151 | $30,500 | N. Carolina | P777/JIM | GNQG58 |
| Pickup Truck | 2017 | Dodge Ram 2500 Truck | 3C6UR5CL8HG676222 | $36,550 | Apopka | P111/ART | IUEH45 |
| Semi Tractor | 2006 | Peterbilt 378 HD Truck - Yard Truck | 1XPFD4EXX6N646846 | $30,350 | Apopka | SE45 | ELTY15 |
| Semi Tractor | 2011 | Peterbilt 386 Daycab Truck | 1XPHDB9X5BD125380 | $27,250 | Faulkenburg | SE47 | ELTY14 |
| Semi Tractor | 2011 | Peterbilt 386 Daycab Truck | 1XPHDB9X6BD125372 | $27,250 | Faulkenburg | SE46 | ELTY16 |
| Semi Tractor | 2016 | CAT CT6600 Truck | 3HSJGTKR6GN247352 | $48,000 | Apopka | SE48 | EIYR48 |
| Semi Tractor | 2016 | CAT CT6600 Truck | 3HSJGTKR8GN247353 | $48,000 | Faulkenburg | SE49 | EIYR49 |
| Semi Tractor | 2016 | Mack CHU613 Trac Truck | 1M1AN09Y2GM022910 | $76,300 | Apopka | SE113 | GGKH42 |
| Semi Tractor | 2016 | Mack CHU613 Trac Truck | 1M1AN09Y4GM022911 | $76,300 | Apopka | SE112 | GGKH47 |
| Semi Tractor | 2016 | Mack CHU613 Trac Truck | 1M1AN09Y6GM022909 | $76,300 | Apopka | SE114 | Y19IQL |
| Trailer | 2008 | MAGT Dump Trailer | 1M9MJ263681435300 | $18,000 | Apopka | GT37 | 7304CM |
| Trailer | 2014 | ASPT Dump Trailer | FLT2008AG | $1,100 | Apopka | GT38 | |
| Trailer | 2014 | Fontain Spec Lowboy Trailer | 57JE52305E3561428 | $63,000 | Apopka | ST64 | 1444CN |
| Trailer | 2015 | East Walking Floor Trailer | 1E102Y287FR053170 | $39,900 | Apopka | ST63 | 1438CN |
| Trailer | 2015 | Peerless Walking Floor Trailer | 1PLE04828FPK59290 | $33,800 | Faulkenburg | ST61 | 1439CN |
| Trailer | 2015 | Peerless Walking Floor Trailer | 1PLE04821FPK59289 | $33,800 | Hillsborough | ST60 | 1441CN |
| Trailer | 2016 | Walking Genesis Alum Trailer | 1E1U2Y281GR055577 | $45,450 | Apopka | ST69 | 2894CQ |
| Trailer | 2016 | Walking Genesis Alum Trailer | 1E1U2Y283GR055578 | $45,450 | Hillsborough | ST67 | 2893CQ |
| Trailer | 2016 | Walking Genesis Alum Trailer | 1W1U2Y285GR055582 | $45,450 | Faulkenburg | ST68 | 2892CQ |
| Trailer | 2016 | Walking Genesis Alum Trailer | 1E1U2Y287GR055583 | $45,450 | Apopka | ST90 | 2891CQ |
| Utility Truck | 2011 | Ford F550 4x4 Truck | 1FDUF5HT6BEB25534 | $55,000 | Apopka | HE127 | GPKK41 |
| Utility Truck | 2012 | Ford F550 4x2 Truck | 1FDUF5GT4CEB23302 | $24,200 | Apopka | HE128 | GPKK42 |
| | | | | $3,421,472 | | | |

**50. Other machinery and equipment**

| Type | Model Year | Equipment Description | ID/Serial# | Moecker Appraised Value 6/12/2019 | Adjusted Value | Location | Unit # | TAG # |
|------|-----------|----------------------|-----------|-----------------------------------|----------------|----------|--------|-------|
| Grinder | 2008 | Vermeer TG9000 Tub Grinder | 1VRY4348661000130 | 212,900.00 | $50,000.00 | Apopka | HE142 | HPIU60 |
| Miscellaneous | 1984 | Autocar Water Truck | 1WBRGCAD3EU095631 | 16,650.00 | $16,650.00 | Apopka | HE029 | |
| Miscellaneous | 2007 | CAT D5M Bulldozer | 13K15038 | | $75,000.00 | Apopka | | |
| Miscellaneous | 2012 | CAT Mobil Generator | 5SLBG1521CL010988 | 19,600.00 | $19,600.00 | Apopka | HE030 | JXKA26 |
| Miscellaneous | 2010 | CSA US/ MITM Mobile Pressure Was | 15054038 | 3,800.00 | $3,800.00 | Apopka | HE034 | |
| Miscellaneous | 2009 | Doppstadt SM 720 Screening Plant | W0962121781D0727 | 117,000.00 | $117,000.00 | Apopka | HE026 | |
| Miscellaneous | 2009 | Fecon/ Coloring Machine | 62309 | 80,100.00 | $80,100.00 | Apopka | HE027 | |
| Miscellaneous | 1987 | Ford 7000 Water Truck | 1FDYW80UXGVA60489 | 15,000.00 | $15,000.00 | Ocoee | HE028 | |
| Miscellaneous | 1994 | Ford Fuel Truck | 1FDYY82E4RVA10479 | 15,200.00 | $15,000.00 | Apopka | HE145 | |
| Miscellaneous | 1994 | Homemade 22' HM Utility Trailer | GT61994 | 2,000.00 | $2,000.00 | Apopka | HE024 | |
| Miscellaneous | 2005 | JCB 527 55 Load All Fork Lift Loader | SLP527555E1068262 | 31,500.00 | $31,500.00 | Apopka | HE097 | |
| Miscellaneous | 2005 | JD-482-2WD-21-5 Fork Lift Loader | 79153 | | $0.00 | Apopka | HE147 | |
| Miscellaneous | 2007 | Keystrack Frontier Screener | 591 | 123,300.00 | $123,300.00 | Apopka | HE100 | |
| Miscellaneous | | McCloskey Stacker ST80T | 89169 | 78,000.00 | $78,000.00 | Apopka | | |
| Miscellaneous | 2010 | Moffett Forklift Kubota Diesel 3 Whe | J430128 | 26,650.00 | $26,650.00 | Apopka | HE150 | |
| Miscellaneous | 2004 | Peterbuilt Fuel Truck | 2NPNHZ7X54M829671 | 13,850.00 | $13,850.00 | Apopka | HE146 | |
| Miscellaneous | 1991 | SCARAB Compost Turner | 108 | 65,000.00 | $65,000.00 | Polk-Nicho | HE011 | |
| Miscellaneous | 2006 | WANCO Arrow Sign Board | 5F115101961004367 | 7,200.00 | $7,200.00 | Apopka | HE035 | 7999CR |

$739,650.00

**Fill in this information to identify the case:**

Debtor name    **Raynor Shine Services, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-00577-KJ**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1  BB&T Equipment Finance Corp**
Creditor's Name

600 Washington Ave
Suite 201
Towson, MD 21204
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**03/2018**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**(3) 2018 McCloskey 733RE Trommel Screens, 1/2" Screen Mesh installed in Screen Drums value $1,020,000; (5) 2018 McCloskey ST00 Radial Stacking Conveyors 35"x100' Road Towable and Hopper Extensions value $468,000; 2018 Mack CHU613 Truck, s/n**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,313,087.85 | $1,604,000.00

**2.2  BB&T Equipment Finance Corp**
Creditor's Name

600 Washington Ave.
Suite 201
Towson, MD 21204
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**2018 Diamond Z DZT1564B Tub Grinder VIN 1R9FX4632HC722218 value $805,500, with Caterpillar C32 Mobil Generator, VIN 5SLBG1521CL010988, value $19,600**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No

$675,624.37 | $825,100.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Branch Banking & Trust Co** | Describe debtor's property that is subject to a lien | **$3,029,175.74** | **$3,421,472.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment securing loan of BB&T ending in 0007 as listed on the exhibit attached to Schedule A/B** | | |

**255 S Orange Ave, Floor 10 Orlando, FL 32801**
Creditor's mailing address

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/30/2018**
**Last 4 digits of account number**
**0007**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Branch Banking & Trust Co** | Describe debtor's property that is subject to a lien | **$2,461,314.41** | **unliquidated** |
|---|---|---|---|---|
| | Creditor's Name | **All property of the debtor** | | |

**255 S Orange Ave, Floor 10 Orlando, FL 32801**
Creditor's mailing address

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/02/2018**
**Last 4 digits of account number**
**0005**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Branch Banking & Trust Co** | Describe debtor's property that is subject to a lien | **$1,658,484.00** | **unliquidated** |
|---|---|---|---|---|
| | Creditor's Name | **All property of the debtor** | | |

**PO Box 1290 Whiteville, NC 28472**
Creditor's mailing address

Describe the lien

---

| Debtor | **Raynor Shine Services, LLC** | | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

mortgage on property of **Raynor Apopka Land Management**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Caterpillar Financial Servic** | Describe debtor's property that is subject to a lien | $45,930.54 | $30,200.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 730681**
**Dallas, TX 75373-0681**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/19/2019**

**Last 4 digits of account number**
**3042**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Ford F550 Service Truck, VIN: 1FDUFHTXEEB66463**

**Describe the lien**

**Security agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Caterpillar Financial Servic** | Describe debtor's property that is subject to a lien | $110,891.93 | $74,235.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 730681**
**Dallas, TX 75373-0681**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/26/2015**

**Last 4 digits of account number**
**4401**

**Do multiple creditors have an interest in the same property?**

**Caterpillar 320E Hydraulic Excavator, SN WBK03824**

**Describe the lien**

**Lease Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | | Case number _(if known)_ | **6:20-bk-00577-KJ** |
|---|---|---|---|---|

Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Caterpillar Financial Servic** | **Describe debtor's property that is subject to a lien** | $94,188.46 | $74,235.00 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar 320E Excavator S/N WBK03776**

**PO Box 730681**
**Dallas, TX 75373-0681**

Creditor's mailing address

**Describe the lien**
**Lease Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**02/23/2015**
**Last 4 digits of account number**
**8000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Caterpillar Financial Servic** | **Describe debtor's property that is subject to a lien** | $114,730.10 | $104,685.00 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar 950M Wheel Loader, S/N EMB00302**

**PO Box 730681**
**Dallas, TX 75373-0681**

Creditor's mailing address

**Describe the lien**
**Lease Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**02/23/2015**
**Last 4 digits of account number**
**8001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Caterpillar Financial Servic** | **Describe debtor's property that is subject to a lien** | $114,730.10 | $104,685.00 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar 950M Wheel Loader, S/N EMB00303**

**PO Box 730681**
**Dallas, TX 75373-0681**

Creditor's mailing address

**Describe the lien**
**Lease Agreement**
**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**02/23/2015**

■ No

**Last 4 digits of account number**
**8002**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Caterpillar Financial Servic** | Describe debtor's property that is subject to a lien | $115,587.72 | $104,685.00 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar 950M Wheel Loader, S/N EMB00298**

**PO Box 730681**
**Dallas, TX 75373-0681**

Creditor's mailing address

**Describe the lien**

**Lease Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**02/23/2015**

■ No

**Last 4 digits of account number**
**8003**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Caterpillar Financial Servic** | Describe debtor's property that is subject to a lien | $114,641.33 | $104,685.00 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar 950M Wheel Loader, S/N EMB00301**

**PO Box 730681**
**Dallas, TX 75373-0681**

Creditor's mailing address

**Describe the lien**

**Lease Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**02/23/2015**

■ No

**Last 4 digits of account number**
**8004**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 14

| Debtor | **Raynor Shine Services, LLC** | | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1 3 | **Caterpillar Financial Servic** | Describe debtor's property that is subject to a lien | **Unknown** | **$871,200.00** |
|---|---|---|---|---|

**Caterpillar Financial Servic**
Creditor's Name

**2016 Caterpillar CT660S on-highway truck, TEPO1699, VIN 3HSJGTKR6GN247352, value $48,000; 2016 Caterpillar CT660S on-highway truck, TEPO1699, VIN 3HSJGTKR8GN247353, value $48,000; Caterpillar 950M Wheel Loader, s/n EMB02242, value $696,000;**

**PO Box 730681**
**Dallas, TX 75373-0681**
Creditor's mailing address

Describe the lien
**Cross-collatera/Cross default agreement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**07/21/2016**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Caterpillar Financial Servic** | Describe debtor's property that is subject to a lien | **$133,309.45** | **$104,685.00** |
|---|---|---|---|---|

**Caterpillar Financial Servic**
Creditor's Name

**Caterpillar 950M Wheel Loader, S/N EMB00638**

**PO Box 730681**
**Dallas, TX 75373-0681**
Creditor's mailing address

Describe the lien
**Lease Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**02/26/2015**
Last 4 digits of account number
**4401**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Chromascape, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$140,000.00** |
|---|---|---|---|---|

**Chromascape, Inc.**
Creditor's Name

**Amerimulch ColorTrom 300 Coloring System, with hopper and Control Panel assembly;Marksman Computer-assisted monitoring system, colorants, S/N TR172020051**

**PO Box 75509**
**Cleveland, OH 44101-4755**
Creditor's mailing address

Describe the lien
**Purchase agreement**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Brad Dinkel** | Describe debtor's property that is subject to a lien | $209,151.00 | $228,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Mack CHU613 Trac Truck VIN 1M1AN09Y2GM022910, value $76,300 Mack CHU613 Trac Truck VIN 1M1AN09Y4GM022911, value $76.,300 Mack CHU613 Trac Truck VIN 1M1AN09Y6GM022909, value $76,300** | | |

Creditor's mailing address

**Describe the lien**

**Note and security agreement**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **Engage4Fun, LLC** | Describe debtor's property that is subject to a lien | $397,485.00 | $920,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment securing loan of Engage4Fun, LLC as listed on Exhibit attached to Schedule A/B** | | |

**1318 Mayfair Road
Raleigh, NC 27608**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is: Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 8 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $65,533.43 | $80,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 99303**
**Chicago, IL 60693-9303**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**WesternStar 4900SA-58192, S/N 5KKKALDE86PW58192**

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 9 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $15,117.38 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 99303**
**Chicago, IL 60693-9303**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/08/2016**
**Last 4 digits of account number**
**1000**
**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Komatsu PC210LC-11 Hydraulic Excavator, S/N 500276**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 0 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $11,478.69 | $127,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 99303**
**Chicago, IL 60693-9303**

Creditor's mailing address

**Komatsu PC210LC-11 Hydraulic Excavator, S/N 500363**

Describe the lien
**Security Agreement**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 14

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

**Creditor's email address, if known**

**Date debt was incurred**
**08/08/2016**
**Last 4 digits of account number**
**1003**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $15,869.87 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 99303**
**Chicago, IL 60693-9303**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/10/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Komatsu PC210LC-11 Hydraulic Excavator, S/N A12431**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $11,460.32 | $140,800.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 99303**
**Chicago, IL 60693-9303**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/11/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Komatsu WA200-8 Wheel Loader, S/N 85056**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 9 of 14 |
|---|---|---|

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

| **2.2 3** | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $11,186.66 | $140,800.00 |
|---|---|---|---|---|
| | Creditor's Name | **Komatsu WA200-8 Wheel Loader, S/N 85024** | | |

**PO Box 99303**
**Chicago, IL 60693-9303**

Creditor's mailing address

Describe the lien
**Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/11/2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.2 4** | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $16,575.58 | $115,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Komatsu WA270-7 Wheel Loader, S/N 81296** | | |

**PO Box 99303**
**Chicago, IL 60693-9303**

Creditor's mailing address

Describe the lien
**Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/08/2016**
**Last 4 digits of account number**
**1001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.2 5** | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $15,554.83 | $115,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Komatsu WA270-7 Wheel Loader, S/N 81299** | | |

**PO Box 99303**
**Chicago, IL 60693-9303**

Creditor's mailing address

Describe the lien
**Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Raynor Shine Services, LLC**                                        Case number *(if known)*    **6:20-bk-00577-KJ**
      Name

---

**08/08/2016**
**Last 4 digits of account number**
**1004**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Komatsu Financial** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Power Screen Terex Phoenix/ Trommel Crusher, S/N TRX00178CDGGB3306**

$27,716.78    $273,400.00

**PO Box 99303**
**Chicago, IL 60693-9303**
Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/27/2017**
**Last 4 digits of account number**
**8571**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Mack Financial Services** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**MACK CHU613 Truck VIN 1M1AN07YXJM027024, value $116,000**

Unknown    $116,000.00

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Mack Financial Services** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Unknown    $116,000.00

---

Debtor    **Raynor Shine Services, LLC**                                  Case number (if known)    **6:20-bk-00577-KJ**
_____
Name

| Creditor's Name | **MACK CHU613 Truck VIN 1M1AN07Y6JM028042** | | |
| --- | --- | --- | --- |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Mack Financial Services** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$116,000.00** |
| --- | --- | --- | --- | --- |

Creditor's Name    **MACK CHU613 Truck VIN 1M1AN09Y7JM026975, value $116,000**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **VFS Leasing Co.** | **Describe debtor's property that is subject to a lien** | **$260,677.66** | **$175,000.00** |
| --- | --- | --- | --- | --- |

Creditor's Name    **2017 Mack GU813, S/N 1M2AX16C1HM038069 with 2017 Robotec Elite 910 Grappler & Dump**

**PO Box 26131
Greensboro, NC 27402**
Creditor's mailing address

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**06/14/2017**

■ No

**Last 4 digits of account number**
**7883**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **VFS Leasing Co.** | |
|---|---|---|

Creditor's Name

**PO Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/14/2017**
**Last 4 digits of account number**
**7883**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2017 Mack GU813, S/N: 1M2AX16C3HM038071; 2017 Robotec Elite 910 Grappler S/N 131257-19-1**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$263,005.00          $175,000.00

---

| 2.3 2 | **VFS US LLC** | |
|---|---|---|

Creditor's Name

**PO Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/14/2017**
**Last 4 digits of account number**
**7883**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Mack GU813, S/N 1M2AX16C3HM038068, value $175,000; Mack GU813, S/N 1M2AX16C3HM038069, value $175,000**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$260,677.66          $350,000.00

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $11,563,185.86 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
| --- | --- | --- | --- |
| | Name | | |

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Truist Bank**<br>**fka Branch Banking & Trust Co**<br>**Burr & Foreman, Attn Adrian Rust**<br>**50 N Laura St, Ste 3000**<br>**Jacksonville, FL 32202** | Line __2.1__ | |
| **Truist Bank**<br>**fka Branch Banking & Trust Co**<br>**Burr & Foreman, Attn Adrian Rust**<br>**50 N Laura St, Ste 3000**<br>**Jacksonville, FL 32202** | Line __2.2__ | |
| **Truist Bank**<br>**fka Branch Banking & Trust Co**<br>**Burr & Foreman, Attn Adrian Rust**<br>**50 N Laura St, Ste 3000**<br>**Jacksonville, FL 32202** | Line __2.3__ | |
| **Truist Bank**<br>**fka Branch Banking & Trust Co**<br>**Burr & Foreman, Attn Adrian Rust**<br>**50 N Laura St, Ste 3000**<br>**Jacksonville, FL 32202** | Line __2.4__ | |
| **Truist Bank**<br>**fka Branch Banking & Trust Co**<br>**Burr & Foreman, Attn Adrian Rust**<br>**50 N Laura St, Ste 3000**<br>**Jacksonville, FL 32202** | Line __2.5__ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    **Raynor Shine Services, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-00577-KJ**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327.04** | **$327.04** |
| | **Florida Dept of Revenue** **Bankruptcy Unit** **Post Office Box 6668** **Tallahassee, FL 32314-6668** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **09/30/2019** | Basis for the claim: **sales tax** | | |
| | Last 4 digits of account number **6744** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$884.21** | **$884.21** |
| | **Florida Dept of Revenue** **Bankruptcy Unit** **Post Office Box 6668** **Tallahassee, FL 32314-6668** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **state unemployment tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

| 2.3 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,024,967.02          $1,024,967.02

Date or dates debt was incurred

Basis for the claim:
**payroll taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | | | |
|---|---|---|---|

Priority creditor's name and mailing address

**Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,624.58          $1,624.58

Date or dates debt was incurred

Basis for the claim:
**federal unemployment tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**A Sun State Trees, Inc.
1580 S. US Hwy 17/92
Longwood, FL 32750**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$77,435.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**A&C Printing
174 Semoran Commerce Place
Suite 117
Apopka, FL 32703**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$543.97

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Ace Wrecker
5601 South O.B.T.
Orlando, FL 32839**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,486.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,509.33** |
|---|---|---|---|

**Active Staffing Services**
**8040 NW 95th Street**
**Hialeah Gardens, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8712

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,102.13** |
|---|---|---|---|

**ADR Power Systems**
**6545 125th Ave N**
**Largo, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,103.48** |
|---|---|---|---|

**AFLAC**
**1932 Wynnnton Rd.**
**Columbus, GA 31999-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,677.33** |
|---|---|---|---|

**Airgas USA, LLC**
**PO Box 734672**
**Dallas, TX 75373-4672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,220.17** |
|---|---|---|---|

**All Valley Hose & Industrial**
**Supply**
**6549 N. Orange Blossom Tr.**
**Suite 400**
**Orlando, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,092.48** |
|---|---|---|---|

**Amazon Hose**
**4105 Seaboard Rd.**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$232.06** |
|---|---|---|---|

**American Welding & Gas Inc**
**POB 74008003**
**Chicago, IL 60674-8003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address
**Amerisure Mutual Insurance C**
Dept #78226
PO Box 78000
Detroit, MI 48278-0226

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$314,852.64**

---

**3.12** | Nonpriority creditor's name and mailing address
**Anderson Rentals Inc.**
PO Box 765
Mims, FL 32754-0765

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,225.40**

---

**3.13** | Nonpriority creditor's name and mailing address
**Apple Financial Services**
PO Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred _
Last 4 digits of account number **6282**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$737.44**

---

**3.14** | Nonpriority creditor's name and mailing address
**Aspiro Tires, LLC**
6120 E. Broadway Ave.
Tampa, FL 33619

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,836.92**

---

**3.15** | Nonpriority creditor's name and mailing address
**Baker Commercial Landscaping
of Tampa**
PO Box 5420
Winter Park, FL 32793-5420

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,200.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Bearings & More**
6782 N. Orange Blossom Trail
Suite D-3
Orlando, FL 32810

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**Boulevard Tire Center**
8210 S. Orange Ave.
Orlando, FL 32809

Date(s) debt was incurred _
Last 4 digits of account number **7669**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,409.11**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $118,612.55 |
|---|---|---|---|

**Branch Banking & Trust Co**
**PO Box 580340**
**Charlotte, NC 28258-0340**

Date(s) debt was incurred _

Last 4 digits of account number  **4299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Branch Banking & Trust Co**
**255 S Orange Ave, Floor 10**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **overdraft in account ending in 2242**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $198.50 |
|---|---|---|---|

**Brandon Rental-Riverview**
**6801 US Hwy 301 S**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,301.15 |
|---|---|---|---|

**C&N Mobile Tires Inc.**
**PO Box 292701**
**Temple Terrace, FL 33687**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,816.00 |
|---|---|---|---|

**CentraCare**
**2600 Westhall Ln**
**Box 300**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number  **1054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $396.45 |
|---|---|---|---|

**Century Link**
**PO Box 1319**
**Charlotte, NC 28201**

Date(s) debt was incurred _

Last 4 digits of account number  **0227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,159.99 |
|---|---|---|---|

**Century Link Business Svs**
**PO Box 52187**
**Phoenix, AZ 85072-2187**

Date(s) debt was incurred _

Last 4 digits of account number  **2289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,363.76 |
|---|---|---|---|

**Certified Laboratories**
23261 Network Place
Chicago, IL 60673-1232

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.99 |
|---|---|---|---|

**Certified Slings**
310 W. Melody Lane
Casselberry, FL 32707

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,526.93 |
|---|---|---|---|

**Chromascape, Inc.**
PO Box 75509
Cleveland, OH 44101-4755

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,551.95 |
|---|---|---|---|

**Cintas Corporation**
Cintas Loc #58K
PO Box 630921
Cincinnati, OH 45263-0921

Date(s) debt was incurred _

Last 4 digits of account number **4201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,209.44 |
|---|---|---|---|

**Cintas Corporation**
Cintas Loc #58K
PO Box 630921
Cincinnati, OH 45263-0921

Date(s) debt was incurred _

Last 4 digits of account number **7096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,465.95 |
|---|---|---|---|

**Cintas Corporation**
Cintas Loc #58K
PO Box 630921
Cincinnati, OH 45263-0921

Date(s) debt was incurred _

Last 4 digits of account number **5302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,629.89 |
|---|---|---|---|

**Cintas Corporation**
Cintas Loc #58K
PO Box 630921
Cincinnati, OH 45263-0921

Date(s) debt was incurred _

Last 4 digits of account number **6943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,299.75 |
|---|---|---|---|
| | **Cintas Corporation** <br> **Cintas Loc #58K** <br> **PO Box 630921** <br> **Cincinnati, OH 45263-0921** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **5701** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,024.34 |
|---|---|---|---|
| | **Cintas Corporation** <br> **Cintas Loc #58K** <br> **PO Box 630921** <br> **Cincinnati, OH 45263-0921** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **5401** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,226.13 |
|---|---|---|---|
| | **Cintas Corporation** <br> **Cintas Loc #58K** <br> **PO Box 630921** <br> **Cincinnati, OH 45263-0921** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **5501** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.29 |
|---|---|---|---|
| | **City of Apopka** <br> **150 E. 5th Street** <br> **Apopka, FL 32703** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **1202** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|
| | **Cliff Berry, Inc.** <br> **PO Box 13079** <br> **Port Everglades Station** <br> **Ft. Lauderdale, FL 33316** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|
| | **Arthur Coleman** <br> **4394 Pine Gold Ave** <br> **Apopka, FL 32712** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|
| | **Commercial Development Corp** <br> **c/o Michael Dinkel** <br> **17615 Deer Isle Cir** <br> **Winter Garden, FL 34787** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.31** |
|---|---|---|---|

Carmen Concepcion
3413 W Abdella
Tampa, FL 33607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,182.76** |
|---|---|---|---|

Conveyor Consulting
2511 Destiny Way
Odessa, FL 33556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$964.36** |
|---|---|---|---|

Crawford Tire Services, Inc.
110 Taylor Street
Ocoee, FL 34761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,157.50** |
|---|---|---|---|

Crockett's Towing & Transpor
13601 U.S. Hwy 41
Springhill, FL 34610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$290.54** |
|---|---|---|---|

Cummins Inc.
PO Box 403896
Atlanta, GA 30384-3896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8318

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,570.15** |
|---|---|---|---|

Custom Foliage Service LLC
PO Box 2108
Apopka, FL 32704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Deere Credit, Inc.
6400 NW 86th St.
Johnston, IA 50131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.01 |
|---|---|---|---|

**Delta Lighting Products, Inc**
2570 Metropolitan Dr.
Trevose, PA 19053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,864.66 |
|---|---|---|---|

**Diamond Z Grinders LLC**
11299 Bass Ln
Caldwell, IN 83605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,259.00 |
|---|---|---|---|

**DiCillo Services. LLC**
7412 Goodwalt Ave.
Cleveland, OH 44102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,687.22 |
|---|---|---|---|

**James A Dinkel**
8704 Bell Grove Way Apt 2B
Raleigh, NC 27615-3169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.67 |
|---|---|---|---|

**Diversified Ecological Sales**
2351 Woodcrest Dr.
Winter Park, FL 32792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.21 |
|---|---|---|---|

**Duke Energy**
PO Box 1004
Charlotte, NC 28201-1004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9120**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868.90 |
|---|---|---|---|

**Duke Energy**
PO Box 1004
Charlotte, NC 28201-1004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1259**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.15** |
|---|---|---|---|

**Duke Energy**
**PO Box 1004**
**Charlotte, NC 28201-1004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __2501__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.48** |
|---|---|---|---|

**Duke Energy**
**PO Box 1004**
**Charlotte, NC 28201-1004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __2501__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.36** |
|---|---|---|---|

**Duke Energy**
**PO Box 1004**
**Charlotte, NC 28201-1004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __0591__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,921.54** |
|---|---|---|---|

**Eilite Diesel & Equip Repair**
**6717 Nova Rd**
**Saint Cloud, FL 34771**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,212.34** |
|---|---|---|---|

**Electrical Works**
**1302 E. Alfed St.**
**Tavares, FL 32778**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.53** |
|---|---|---|---|

**Emerald Springs Water Co**
**2578 Clark St. #4**
**Apopka, FL 32703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,678.82** |
|---|---|---|---|

**Express Blower**
**PO Box 706339**
**CIncinnati, OH 45270**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$639.00** |
|---|---|---|---|

**Fastenal Company**
**PO Box 1286**
**Winona, MN 55987-1286**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0443**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$605.57** |
|---|---|---|---|

**FedEx**
**Dept CH**
**PO Box 10306**
**Palatine, IL 60055-0306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.50** |
|---|---|---|---|

**Lyle Ferguson**
**1332 Westmeath Ct**
**Apopka, FL 32703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,113.46** |
|---|---|---|---|

**Fire Tech**
**10627 5th Ave.**
**Ocoee, FL 34761**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,250.00** |
|---|---|---|---|

**First 2 Truck**
**8630 Byron Ave Apt 2A**
**Miami Beach, FL 33141**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.82** |
|---|---|---|---|

**Fla Dept of Transportation**
**PO Box 71237**
**Charlotte, NC 28272-1237**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Fla Nursery Growers & Landscape**
**1533 Park Center Dr**
**Orlando, FL 32835-5705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Florida Blue Group**
**Ancillary Dept. 1158**
**PO Box 121158**
**Dallas, TX 75312-1158**

Date(s) debt was incurred _

Last 4 digits of account number  **10L1**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$67,274.37**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Florida Boring Machinery LLC**
**PO Box 416**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$750.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Florida Combined Life Ins Co**
**PO Box 862818**
**Orlando, FL 32866-2818**

Date(s) debt was incurred _

Last 4 digits of account number  **10L1**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,629.29**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Florida Combined Life Ins Co**
**Florida Blue Group - Ancillary**
**Dept 1158**
**PO Box 121158**
**Dallas, TX 75312-1158**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **dental insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,165.89**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Florida Dept of State**
**Division of Corporations**
**PO Box 6198**
**Tallahassee, FL 32314-8000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$450.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Florida Highway Patrol**
**Fla Dept Hwy Safety & Motor Veh**
**FHP/MCC Penalty Collection MS-24**
**2900 Apalachee Pkwy**
**Tallahassee, FL 32399-0500**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Florida Hospital Centra Care**
**PO BOx 636146**
**Cincinnati, OH 45263-6146**

Date(s) debt was incurred _

Last 4 digits of account number  **4797**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,354.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60,535.97 |
|---|---|---|---|

**Florida Industrial Scale Co**
**728 Industry Rd**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,194.29 |
|---|---|---|---|

**Florida Powertrain**
**PO Box 6307**
**Jacksonville, FL 32236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,717.71 |
|---|---|---|---|

**Florida Utility Trailers**
**1101 S Orange Blossom Tr**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,180.00 |
|---|---|---|---|

**Forestry Resources Inc.**
**4353 Michigan Link**
**Ft. Myers, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,370.50 |
|---|---|---|---|

**Glass Werks**
**PO Box 1568**
**Titusville, FL 32781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,182.36 |
|---|---|---|---|

**Glenn Joiner & Son Inc.**
**PO Box 770038**
**Winter Garden, FL 34777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,249.54 |
|---|---|---|---|

**Goodyear Rubber Products, In**
**1912 Central Avenue**
**St. Petersburg, FL 33712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address
**Gray Robinson**
PO Box 3068
Orlando, FL 32802-3068

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal fees**

Is the claim subject to offset? ■ No ☐ Yes

**$4,906.92**

---

**3.82** | Nonpriority creditor's name and mailing address
**Great Southern Equipment**
1023 South 50th Street
Tampa, FL 33619

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$103,021.85**

---

**3.83** | Nonpriority creditor's name and mailing address
**Grinder Wear Parts**
2062 20th Ave SE
Largo, FL 33771

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,560.11**

---

**3.84** | Nonpriority creditor's name and mailing address
**Hale Trailer Brake & Wheel I**
271 Halsema Rd.
South Jacksonville, FL 32221

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,002.12**

---

**3.85** | Nonpriority creditor's name and mailing address
**Hanmi Bank**
successor to VFS US LLC
1920 Main Street, Suite 1140
Irvine, CA 92614

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.86** | Nonpriority creditor's name and mailing address
**Heartland Wisconsin Corp**
Johnson Bank
333 E. Wisconsin Ave.
Milwaukee, WI 53202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.87** | Nonpriority creditor's name and mailing address
**HERC Rentals Inc**
PO Box 936257
Atlanta, GA 31193-6257

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,314.20**

---

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address

**Hydradyne LLC**
PO Box 974799
Ft. Worth, TX 75397

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,227.45**

---

**3.89** | Nonpriority creditor's name and mailing address

**IBS of Mid Florida Coast**
4140 Flex Ct
Sanford, FL 32771

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$983.82**

---

**3.90** | Nonpriority creditor's name and mailing address

**Incident Management Solutions**
PO Box 391
Minneola, FL 34755

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,247.30**

---

**3.91** | Nonpriority creditor's name and mailing address

**INDEED**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$459.19**

---

**3.92** | Nonpriority creditor's name and mailing address

**Interstate Billing Service**
PO Box 2208
Decatur, AL 35609-2208

Date(s) debt was incurred _

Last 4 digits of account number  **8407**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,413.81**

---

**3.93** | Nonpriority creditor's name and mailing address

**Jack Per Trucking Inc**
171 Velveteen Pl
Oviedo, FL 32766

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$480.00**

---

**3.94** | Nonpriority creditor's name and mailing address

**Jason Sanville**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Raynor Shine Services, LLC** | | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|---|
| | Name | | | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$171.95** |
|---|---|---|---|
| | **Josam Products Inc**<br>**8849 Exchange Dr**<br>**Orlando, FL 32809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$595.35** |
|---|---|---|---|
| | **JP Orlando LLC**<br>**4403 Vineland Rd**<br>**Suite B-9**<br>**Orlando, FL 32811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.08** |
|---|---|---|---|
| | **Kevin Kuhn**<br>**1406 Majestic Oak Dr**<br>**Apopka, FL 32712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$267.50** |
|---|---|---|---|
| | **Lakeridge Pest Control**<br>**32421 Scenic Hill Dr.**<br>**Mount Dora, FL 32757** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,673.25** |
|---|---|---|---|
| | **Linder Industrial Machinery**<br>**PO Box 743637**<br>**Atlanta, GA 30374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,039.53** |
|---|---|---|---|
| | **LKQ Heavy Truck-ORL**<br>**4171 L.B. McLeod Rd.**<br>**Orlando, FL 32811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64,355.77** |
|---|---|---|---|
| | **David Locker**<br>**8700 Bell Grove Way**<br>**Raleigh, NC 27615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Raynor Shine Services, LLC** | Case number (*if known*) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.41** |
|---|---|---|---|

**Logos Promote**
**3804 N. John Young Pkwy #4**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,625.00** |
|---|---|---|---|

**Luis M Bacallao LLC**
**11108 N Dixon Ave**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,050.00** |
|---|---|---|---|

**Magnificent Olivera LLC**
**11529 Jefferson Rd**
**Thonotosassa, FL 33592**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**MD Now Medical Centers**
**Billing Dept**
**2007 Palm Beach Blvd**
**West Palm Beach, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,479.58** |
|---|---|---|---|

**Mellott Company**
**PO Box 822915**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,393.70** |
|---|---|---|---|

**Mid Florida Materials**
**PO Box 547217**
**Orlando, FL 32854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$994.19** |
|---|---|---|---|

**Millikan Battery & Electric**
**450 West Main St.**
**Apopka, FL 32712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,625.00** |
|---|---|---|---|

**Moss, Krusick & Associates**
**501 S. New York Ave.**
**Suite 100**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$572.14** |
|---|---|---|---|

**Mr First Aid**
**PO Box 521723**
**Longwood, FL 32752-1723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.25** |
|---|---|---|---|

**My Lab - Midwest Laboratorie**
**13611 B Street**
**Omaha, NE 68144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,665.90** |
|---|---|---|---|

**NAPA Auto Parts**
**PO Box 409043**
**Atlanta, GA 30384-9043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6152**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,418.32** |
|---|---|---|---|

**NAPA Global Parts & Access**
**314 W Canal St**
**Mulberry, FL 33860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,646.42** |
|---|---|---|---|

**Nationwide Insurance**
**PO Box 10479**
**Des Moines, IA 50306-0479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.86** |
|---|---|---|---|

**Network Extreme LLC**
**10524 Moss Park Rd.**
**Suite 204-315**
**Orlando, FL 32832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,945.60** |
|---|---|---|---|

**Nextran Truck Center**
**2200 W. Landstreet Rd.**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  5037**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$546.46** |
|---|---|---|---|

**NRC Gulf Environmental Svcs**
**PO Box 745369**
**Atlanta, GA 30384-5369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  9357**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Esteban Nunez**
**253 Strathmore Cir**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**OCBCC Solid Waste**
**PO Box 863293**
**Orlando, FL 32866-3293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.80** |
|---|---|---|---|

**Okil Freeman**
**4450 Medallion Dr**
 **OH 43808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,637.55** |
|---|---|---|---|

**Orange County Solid Waste**
**PO Box 863293**
**Orlando, FL 32886-3293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.43** |
|---|---|---|---|

**Orlando Dodge**
**4101 W Colonial Dr**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,410.31** |
|---|---|---|---|

**Orlando Freightliner Inc.**
**2455 S. Orange Blossom Tr.**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.91** |
|---|---|---|---|

**Richard Ortiz**
**14017 Newcomb Ave**
**Orlando, FL 32826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$204.00** |
|---|---|---|---|

**Osceola Regional Medical Cen**
**PO Box 740771**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$204.00** |
|---|---|---|---|

**Oschmann**
**1037 S Alvernon Way Ste 150**
**Tucson, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Bill Parker**
**4109 W Holloway Rd**
**Plant City, FL 33567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,888.20** |
|---|---|---|---|

**Partsmaster**
**PO Box 971342**
**Dallas, TX 75397-1342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  6654

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Payne's Envronmental Svcs**
**5617 Causeway Blvd**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|---|

Name

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,753.46** |
|---|---|---|---|

**PeopleReady Florida Inc.**
**PO Box 740435**
**Atlanta, GA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6736**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,600.00** |
|---|---|---|---|

**PJ Lawn Maintenance**
**14708 Catlin Rd.**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$268,964.23** |
|---|---|---|---|

**Port Consolidated**
**PO Box 350430**
**Ft. Lauderdale, FL 33335-0430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0190**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$640.18** |
|---|---|---|---|

**Portable Sanitation of Tampa**
**PO Box 271285**
**Tampa, FL 33688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **RAINORSHINE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,970.13** |
|---|---|---|---|

**Powerplan**
**21310 Network Pl**
**Chicago, IL 60673-1213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$734.86** |
|---|---|---|---|

**Pro Auto Glass**
**PO Box 161633**
**Altamonte Springs, FL 32716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,301.54** |
|---|---|---|---|

**Pure Water Partners**
**PO Box 3069**
**Woburn, MA 01888-1969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$575.80**

**Q-Matics LLC**
**7651 Southland Blvd**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,475.09**

**Quality Equipment & Parts In**
**4894 NW US Highway 41**
**Lake City, FL 32055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$397.03**

**Ready Refresh by Nestle**
**PO Box 856680**
**Louisville, KY 40285-6680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,358.00**

**Red Mountain Emerg Phys LLC**
**PO Box 38066**
**Philadelphia, PA 19101-8066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9398**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$317.00**

**Revel Systems**
**575 Market Street**
**Suite 2200**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87,061.94**

**Ring Power Corp.**
**PO Box 935004**
**Atlanta, GA 31193-5004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,483.32**

**Ritz Safety**
**PO Box 713139**
**Cincinnati, OH 45271-3139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3559**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

**3.144** | **Nonpriority creditor's name and mailing address**
**Ron Turley Associates Inc**
**17437 N  71st Dr Ste 110**
**Glendale, AZ 85308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.145** | **Nonpriority creditor's name and mailing address**
**Royal Brass and Hose Inc.**
**PO Box 51468**
**Knoxville, TN 37950-1468**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$780.80**

---

**3.146** | **Nonpriority creditor's name and mailing address**
**RPM Crushers & Screens LLC**
**24170 Sandhill Blvd #202**
**Punta Gorda, FL 33983**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,424.34**

---

**3.147** | **Nonpriority creditor's name and mailing address**
**Rush Truck Center Orlando**
**1925 W Princeton St.**
**Orlando, FL 32804-4705**

Date(s) debt was incurred _
Last 4 digits of account number  **8407**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$164.67**

---

**3.148** | **Nonpriority creditor's name and mailing address**
**S&B Machine LLC**
**301 Deland Crossings Blvd.**
**Deland, FL 32724**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,387.80**

---

**3.149** | **Nonpriority creditor's name and mailing address**
**S. Lee, LLC d/b/a Lee Crest**
**330 Gordon St**
**Sanford, FL 32771**

Date(s) debt was incurred  **2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$130,793.76**

---

**3.150** | **Nonpriority creditor's name and mailing address**
**Safety Kleen Systems Inc.**
**PO Box 650509**
**Dallas, TX 75265-0509**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$442.11**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
| --- | --- | --- | --- |
| | Name | | |

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,300.00** |
| --- | --- | --- | --- |
| | **Scott West Land Trust** | ☐ Contingent | |
| | **Agreement 262002** | ☐ Unliquidated | |
| | **PO Box 250** | ☐ Disputed | |
| | **Ocoee, FL 34761** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,400.00** |
| --- | --- | --- | --- |
| | **SRM Trucking Inc** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,323.08** |
| --- | --- | --- | --- |
| | **Staples Advantage** | ☐ Contingent | |
| | **PO Box 105638** | ☐ Unliquidated | |
| | **Atlanta, GA 30348-5638** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,129.08** |
| --- | --- | --- | --- |
| | **Summit Broadband** | ☐ Contingent | |
| | **PO Box 10822** | ☐ Unliquidated | |
| | **Naples, FL 34101-0822** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,634.19** |
| --- | --- | --- | --- |
| | **Synergy Rents** | ☐ Contingent | |
| | **8151 N Orange Blossom Tr** | ☐ Unliquidated | |
| | **Orlando, FL 32810** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
| --- | --- | --- | --- |
| | **T.H. Glennon** | ☐ Contingent | |
| | **25 Farnas Dr.** | ☐ Unliquidated | |
| | **Salisbury, MA 01952** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.70** |
| --- | --- | --- | --- |
| | **Tampa-Hillsborough** | ☐ Contingent | |
| | **Expressway Authority** | ☐ Unliquidated | |
| | **PO Box 865460** | ☐ Disputed | |
| | **Orlando, FL 32866-5460** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Tolls__ | |
| | **Last 4 digits of account number** _6887_ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

---

**3.158**  **Nonpriority creditor's name and mailing address**

**Tarps Etc**
**6433 Pinecastle Blvd #9**
**Orlando, FL 32809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,150.20**

---

**3.159**  **Nonpriority creditor's name and mailing address**

**Tidewater Equipment Company**
**2254 Massaro Blvd.**
**Tampa, FL 33619**

Date(s) debt was incurred _

Last 4 digits of account number  **3102**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$35,948.87**

---

**3.160**  **Nonpriority creditor's name and mailing address**

**TMobil**
**PO Box 742596**
**Cincinnati, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,531.40**

---

**3.161**  **Nonpriority creditor's name and mailing address**

**Total Truck Parts Inc.**
**5827 Corporation Cir.**
**Ft. Myers, FL 33905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,052.70**

---

**3.162**  **Nonpriority creditor's name and mailing address**

**Trail Saw & Mower**
**4540 N. Orange Blossom Tr.**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$416.16**

---

**3.163**  **Nonpriority creditor's name and mailing address**

**Trans-Phos Inc**
**PO Box 9004**
**Bartow, FL 33831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,790.21**

---

**3.164**  **Nonpriority creditor's name and mailing address**

**Tri City National Bank**
**6400 South 27th St.**
**Oak Creek, WI 53154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.41** |
|---|---|---|---|
| | **TruckPro**<br>**29787 Network Place**<br>**Chicago, IL 60673-1787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$911.07** |
|---|---|---|---|
| | **TWC Distributors Inc.**<br>**2621 W. Orange Blossom Tr.**<br>**Apopka, FL 32712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$545.97** |
|---|---|---|---|
| | **ULine**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$220.95** |
|---|---|---|---|
| | **United Healthcare**<br>**UHS Premium Billing**<br>**PO Box 959782**<br>**St. Louis, MO 63195-9782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Insurance** | |
| | **Last 4 digits of account number** **4668** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47,221.37** |
|---|---|---|---|
| | **United Rentals**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|
| | **United Safety Council**<br>**1505 E. Colonial Dr.**<br>**Orlando, FL 32803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$921.97** |
|---|---|---|---|
| | **US Tire Imports Inc**<br>**12475 W Colonial Dr**<br>**Winter Garden, FL 34787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,740.00** |
| | **Verizon Connect Fleet** | ☐ Contingent | |
| | **PO Box 347472** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15251-4472** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,181.41** |
| | **Verizon Wireless** | ☐ Contingent | |
| | **PO Box 660108** | ☐ Unliquidated | |
| | **Dallas, TX 75266** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0001** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,002.11** |
| | **Viking Hydrolics, LLC** | ☐ Contingent | |
| | **108 Larkwood Dr.** | ☐ Unliquidated | |
| | **Sanford, FL 32771** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.58** |
| | **Wal-Mart Pharmacy** | ☐ Contingent | |
| | **2701 E. Fletcher Ave.** | ☐ Unliquidated | |
| | **Tampa, FL 33612-9414** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14.91** |
| | **Weldon Parts Orlando** | ☐ Contingent | |
| | **2515 Shader Rd.** | ☐ Unliquidated | |
| | **Orlando, FL 32804** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,272.71** |
| | **WilliamsScotman Inc.** | ☐ Contingent | |
| | **PO Box 91975** | ☐ Unliquidated | |
| | **Chicago, IL 60693-1975** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0619** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Pamela Yarrington** | ☐ Contingent | |
| | **c/o Keith T. Hill, Esq.** | ■ Unliquidated | |
| | **PO Box 533984** | ■ Disputed | |
| | **Apopka, FL 32853-3984** | | |
| | **Date(s) debt was incurred  11/24/2014** | **Basis for the claim:  auto negligence claim** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Raynor Shine Services, LLC** | Case number (if known) | **6:20-bk-00577-KJ** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NRC Gulf Environmental Services** **c/o Altus Receivables Management** **2400 Veterans Memorial Blvd #300** **Kenner, LA 70062** | Line **3.117**  ☐ Not listed. Explain ____ | _ |
| 4.2 | **Ring Power Corp** **c/o Lippes Mathias Wexler et al** **Attn: Bethany R Reichard Esq** **1 Independent Dr Ste 2301** **Jacksonville, FL 32202-5026** | Line **3.142**  ☐ Not listed. Explain ____ | _ |
| 4.3 | **Ring Power Corp** **500 World Commerce Pkwy** **Saint Augustine, FL 32092** | Line **3.142**  ☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    1,027,802.85 |
| **5b. Total claims from Part 2** | 5b. + | $    2,363,394.64 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $    3,391,197.49 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Raynor Shine Services, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-00577-KJ**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease fee for premises located at 3000 County Rd 640 Mulberry, aka Country Rd 676, Nichols, FL 33863 to remove and store yard and wood waste** |
| State the term remaining | **Agrifos Mining. LLC** |
| List the contract number of any government contract | **Attn:  Royce McDonald, Manager 308 Hawick Lane Lakeland, FL 33813** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **lease of 5000 Nichols Rd, Nichols FL aka County Rd 676, Nichols, FL  - lease fee based on splitting profits on sale of high end blended compost soils; lease term October 1, 2018 to September 30, 2025 with 12-month termination notice** |
| State the term remaining | **Agrifos Mining. LLC** |
| List the contract number of any government contract | **Attn:  Royce McDonald, Manager 308 Hawick Lane Lakeland, FL 33813** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Agreement - Raynor Shine engaged as subcontractor  to remove and dispose of debris for Florida Central Florida Expressway - 528** |
| State the term remaining | **Black Tip Services, Inc.** |
| List the contract number of any | **52 Riley Rd 422 Kissimmee, FL 34747** |

Debtor 1    **Raynor Shine Services, LLC**
      First Name         Middle Name         Last Name

Case number *(if known)*    **6:20-bk-00577-KJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor agreement for intallation of mulch, on-site debris removal for Brightview metro Orlando branches** | |
|---|---|---|---|
| | State the term remaining | | **Brightview Landscape Services In Attn: General Manager 4777 Old Winter Garden Rd Orlando, FL 32811** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **lease of Caterpillar 320E Hydraulic Excavator, s/n WBK03776; Caterpillar 950M Wheel Loader, s/n EMB00302; Caterpillar 950M Wheel Loader, s/n EMB00303; Caterpillar 950M Wheel Loader, s/n EMB00298; Caterpillar 950M Wheel Loader, s/n EMB00301** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services PO Box 730681 Dallas, TX 75373-0681** |
| | List the contract number of any government contract | **736378** | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Capterpillar 320E Hydraulic Excavator, s/n WBK03824 and Caterpillar 950M Wheel Loader, s/n EMB00638** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services PO Box 730681 Dallas, TX 75373-0681** |
| | List the contract number of any government contract | **954401** | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Frac Tank rental and waste collection agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cliff Berry, Inc. PO Box 13079 Port Everglades Station Ft. Lauderdale, FL 33316** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Raynor Shine Services, LLC** | | Case number (*if known*) | **6:20-bk-00577-KJ** |
| | First Name         Middle Name         Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Permanent disposal agreement for DRC to dipose of vegetative debris in post-disaster recovery work under public contract with City of Orlando, FL, commencing 11/27/2017** | |
| | State the term remaining | | **DRC Environmental Services LLC** |
| | | | **100 Veterans Memorial Blvd** |
| | List the contract number of any government contract | | **Suite 515** |
| | | | **Metairie, LA 70005** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **cleaning contract dated 03/13/2017; automatic annual renewal** | |
| | State the term remaining | | **JP Orlando LLC** |
| | | | **4403 Vineland Rd** |
| | List the contract number of any government contract | | **Suite B-9** |
| | | | **Orlando, FL 32811** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Processing, grinding and transporting services of segregated yard trash, land clearing debris and dimensional lumber for Lake County Landfill, effective 05/15/2015, extended until 06/30/2020** | |
| | State the term remaining | | **Lake County** |
| | | | **Attn: Senior Contracting Officer** |
| | | | **315 W Main St Room 441** |
| | List the contract number of any government contract | **Bid no. 15-0615** | **Tavares, FL 32778-7800** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Recycling of residential yard waste** | |
| | State the term remaining | | **Orange County Florida** |
| | | | **Procurement Division** |
| | | | **Internal Operations Centre II** |
| | List the contract number of any government contract | | **400 E South St, 2nd Fl** |
| | | | **Orlando, FL 32801** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for use of business premises at 100 Hermit Smith Road, Apopka, FL 32703** | |
| | State the term remaining | | **Raynor Apopka Land Mgt LLC** |
| | | | **100 Hermit Smith Road** |
| | | | **Apopka, FL 32703-3350** |

| Debtor 1 | **Raynor Shine Services, LLC** | | Case number *(if known)* | **6:20-bk-00577-KJ** |
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Horticulture waste removal** | |
|---|---|---|---|
| | State the term remaining | | **Sea World Parks & Entertainment** |
| | List the contract number of any government contract | | **7007 Sea Harbor  Dr** **Orlando, FL 32821** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Processing of clean wood and vegetative waste** | |
|---|---|---|---|
| | State the term remaining | | **Seminole County** **Solid Waste Division** **1950 SR 419** |
| | List the contract number of any government contract | **RFP-602203-15/BJC** | **Longwood, FL 32750** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Disaster Debris Removal Services** | |
|---|---|---|---|
| | State the term remaining | | **Town of Windermere** **Attn:  Town Manager** **614 Main Street** |
| | List the contract number of any government contract | | **Windermere, FL 34786** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Yard Waste Removal, Recycling and Disposal, through 12/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **Universal Orlando Resort** **Attn: Supervisor, Contracts** **1000 Universal Studios Plaza** |
| | List the contract number of any government contract | | **Orlando, FL 32819** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Organitcs Waste Management Agreement, effective 11/29/18, expires 11/29/20 with option to renew for additional two-year term** | |
|---|---|---|---|
| | State the term remaining | | **VIM Recyclers** **Attn  Todd Long** **920 Rathbone Ave** |
| | List the contract number of any government contract | | **Aurora, IL 60506** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Raynor Shine Services, LLC** | | | Case number (*if known*) | **6:20-bk-00577-KJ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **To process clean yard waste and dimensional wood at Waste Management's Pinellas Transfer Station; term of lease commencing 03/2016 to be continued by mutual agreement in writing** | |
|---|---|---|---|
| | State the term remaining | | **Waste Management Inc Attn:  Matthew Orr 10800 NE 128th Ave Okeechobee, FL 34973-7105** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises located at 850 Ocoee Apopka Road, Ocoee, FL 34761 to park mulching equipment and conduct mulching operation; lease term May 1, 2017 to May 1, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Thomas Scott West 324 E Orlando Ave Ocoee, FL 34761-2900** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Fuel tax credit agreement to conduct audit to obtain refunds for fuel used; term commencing 2/23/2016 and annually thereafter** | |
|---|---|---|---|
| | State the term remaining | | **Willmatt, LLC Attn: Paul R Laroche PO Box 1624 Lexington, SC 29071-1624** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Raynor Shine Services, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:20-bk-00577-KJ**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **James A Dinkel** | **8704 Bell Grove Way Apt 2B Raleigh, NC 27615-3169** | **Branch Banking & Trust Co** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Michael D Dinkel** | **17615 Deer Isle Cir Winter Garden, FL 34787** | **Branch Banking & Trust Co** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **James A Dinkel** | **8704 Bell Grove Way Apt 2B Raleigh, NC 27615-3169** | **Branch Banking & Trust Co** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Management and Joint Ventures LL** | **Attn: Michael Dinkel Manager 17615 Deer Isle Cir Winter Garden, FL 34787** | **Branch Banking & Trust Co** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Management and Joint Ventures LL** | **Attn: Michael Dinkel Manager 17615 Deer Isle Cir Winter Garden, FL 34787** | **Branch Banking & Trust Co** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Michael D Dinkel | 17615 Deer Isle Cir<br>Winter Garden, FL 34787 | Branch Banking &<br>Trust Co | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Mulch Properties<br>LLC | Attn: Michael Dinkel Manager<br>17615 Deer Isle Cir<br>Winter Garden, FL 34787 | Branch Banking &<br>Trust Co | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Mulch Properties<br>LLC | Attn: Michael Dinkel Manager<br>17615 Deer Isle Cir<br>Winter Garden, FL 34787 | Branch Banking &<br>Trust Co | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Raynor Apopka<br>Land Mgt LLC | 100 Hermit Smith Road<br>Apopka, FL 32703 | Branch Banking &<br>Trust Co | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Raynor Apopka<br>Land Mgt LLC | 100 Hermit Smith Road<br>Apopka, FL 32703 | Branch Banking &<br>Trust Co | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Raynor Apopka<br>Land Mgt LLC | 100 Hermit Smith Road<br>Apopka, FL 32703 | S. Lee, LLC d/b/a Lee<br>Crest | ☐ D _____<br>■ E/F __3.149__<br>☐ G _____ |
| 2.12 | Raynor Shine<br>Recycling Solut | deBeaubien, Simmons, Knight<br>Attn Thomas "Kevin" Knight<br>332 N Magnolia Ave<br>Orlando, FL 32801 | Pamela ~Yarrington | ☐ D _____<br>■ E/F __3.178__<br>☐ G _____ |

| Debtor | **Raynor Shine Services, LLC** | | Case number *(if known)* | **6:20-bk-00577-KJ** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.13 | **Samuel H Baez Salcedo** | **deBeaubien, Simmons, Knight Attn Thomas "Kevin" Knight 332 N Magnolia Ave Orlando, FL 32801** | **Pamela ~Yarrington** | ☐ D _____  ■ E/F   3.178  ☐ G _____ |
| 2.14 | **Soil Blending Properties LLC** | **Attn: Michael Dinkel Manager 17615 Deer Isle Cir Winter Garden, FL 34787** | **Branch Banking & Trust Co** | ■ D   2.3  ☐ E/F _____  ☐ G _____ |
| 2.15 | **Trustee of Raynor Shine Solu** | **deBeaubien, Simmons, Knight Attn Thomas "Kevin" Knight 332 N Magnolia Ave Orlando, FL 32801** | **Pamela ~Yarrington** | ☐ D _____  ■ E/F   3.178  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Raynor Shine Services, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:20-bk-00577-KJ**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$715,655.03** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$11,262,492.67** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$13,828,981.84** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | **Raynor Shine Services, LLC** | | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached listiing** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Branch Banking & Trust Co<br>255 S Orange Ave, Floor 10<br>Orlando, FL 32801** | **Set off**<br>Last 4 digits of account number: ___5296___ | **11/29/2019** | **$500,000.00** |
| **Branch Banking & Trust Co<br>PO Box 580340<br>Charlotte, NC 28258-0340** | **Set off**<br>Last 4 digits of account number: ___2442___ | **12/30/2019** | **$3,000.00** |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gene Cox v. Raynor Shine Services, LLC and Raynor Apopka Land Management, LLC<br>2017-CA-010662-O** | **commercial premises liability** | **Circuit Court, Ninth Judicial Circuit<br>Orange County Courthouse<br>425 N. Orange Avenue<br>Orlando, FL 32801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Pamela Yarrington v. Raynor Shine Services, LLC, Raynor Shine Recycling Solutions, LLC, Anthony J. Raynor as Director and Trustee of Raynor Shine Recycling Solutions, LLC, Heartland Wisconsin Corp., and Samuel H. Baez Salcedo**<br>**2018-CA-012740-O** | **auto negligence** | **Circuit Court, Ninth Judicial Circuit**<br>**Orange County Courthouse**<br>**425 N. Orange Ave**<br>**Orlando, FL 32801** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Ring Power Corporation v Raynor Shine Services, LLC**<br>**16-2020-CA-000135-XXX-MA** | | **Circuit Court, 4th Judicial Circuit,**<br>**Duval County, Florida** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Truist Bank fka Branch Banking and Trust Company v. Raynor Apopka Land Management, Raynor Shine Services, LLC., et al**<br>**2020-CA-00528-O** | **Mortgage foreclosure** | **Circuit Court, Ninth Judicial Circuit**<br>**Orange County Courthouse**<br>**425 N. Orange Avenue**<br>**Orlando, FL 32801** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Orange County Sheriff Foundation** | **VIP luncheon** | **01/26/2018** | **$1,250.00** |
| | **Recipients relationship to debtor**<br>**none** | | | |
| 9.2. | **City of Ocoee** | **Fireworks sponsor for Founder's Day** | **07/27/2018** | **$15,000.00** |
| | **Recipients relationship to debtor**<br>**none** | | | |
| 9.3. | **West Orange Girls Softball** | | **01/01/2019** | **$750.00** |
| | **Recipients relationship to debtor** | | | |

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Lightning strike caused 2006 TG9000 Tub Grinder. VIN 1VRY4348661000130  TAG HPIU60, purchased 2016** | **Nationwide insurance check received $10,671.39** | **10/2019** | **$39,793.42** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Frank Martin Wolff, PA**<br>**19 E Central Blvd**<br>**Orlando, FL 32801** | **06/27/19 $5,000**<br>**0815/19 $5,500**<br>**10/02/19 $2,250**<br>**11/18/19 $7,650** | | **$20,400.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Latham Luna Eden & Beaudine LLP**<br>**P.O. Box 3353**<br>**Orlando, FL 32802-3353** | **$13,545.00 paid by Debtor 12/27/2020**<br>**$ 1,717.00 paid by Debtor 01/28/2020**<br>**$36,360.34  paid by Michael Dinkel, affiliate of Debtor paid 01/28/2020** | | **$51,622.34** |
| | Email or website address<br>**fwolff@lathamluna.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **2000 Freightliner FLD1126 truck, VIN 1FV4TEDB7YHH17923<br>1999 Freightliner FL-112 truck, VIN 1FV4TEDB7XHA89196<br>2002 Freightliner FL-112 truck, VIN 1FVMBGAN22HK14947<br>2000 Freightliner FLD1126 truck, VIN 1FV4TEDB7YHG66519<br>2017 CAT CT 660 truck, VIN 3HTJGTKTXHN449264<br>2017 MACK GU 813, VIN 1M2AX16C1HM03867** | | |
| | **Eternal Organics Inc.<br>172 Deepkill Road<br>Troy, NY 12182** | | **10/25/2019** | **$780,000.00** |
| | **Relationship to debtor<br>none** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* **6:20-bk-00577-KJ** |
| --- | --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Branch Banking & Trust Attn Kelly S King, Chairman & CEO 200 W 2nd Street Winston Salem, NC 27101** | XXXX-5296 | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other___ | **11/29/2019** | **$2,128.18** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* **6:20-bk-00577-KJ** |
|---|---|---|

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Lyle Ferguson** <br> **1332 Westmeath Ct** <br> **Apopka, FL 32703** | **2018 to the present** |
| 26a.2.  **David Locker** <br> **8700 Bell Grove Way** <br> **Raleigh, NC 27615** | **04/16/2019 to the present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Moss, Krosick & Associates, LLC** <br> **501 S New York Ave Ste 100** <br> **Winter Park, FL 32789** | **2017 and 2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | Raynor Shine Services, LLC | Case number (if known) | 6:20-bk-00577-KJ |
|---|---|---|---|

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Management and Joint Ventures LL | 17615 Deer Isle Cir Winter Garden, FL 34787 | membership interest | 67% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mulch Properties, LLC | 17615 Deer Isle Cir Winter Garden, FL 34787 | membership interest | 33% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | James A Dinkel 8704 Bell Grove Way Apt 2B Raleigh, NC 27615-3169 | $1,025.22 | 01/01/2019 through 01/30/2020 | cell phone for James A Dinkel and spouse; James Dinkel also drives 2016 Jeep Grand Cherokee, with insurance paid by the Debor |
| | Relationship to debtor affiliate | | | |

Debtor    **Raynor Shine Services, LLC** _____    Case number *(if known)*  **6:20-bk-00577-KJ** _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | | | cell phone; Michael Dinkel also drives 2015 Dodge Ram Eco Diesel Truck, with insurance paid by the Debtor |
| | **Michael D Dinkel**<br>**17615 Deer Isle Cir**<br>**Winter Garden, FL 34787** | **$461.90** | **01/01/19 through 01/30/20** | |
| | Relationship to debtor<br>**affiliate** | | | |
| 30.3. | | | | health insurance, dental insurance, vision insurance, long term disability insurance, and life insurance |
| | **Michael D Dinkel**<br>**17615 Deer Isle Cir**<br>**Winter Garden, FL 34787** | **$19,356.60** | **throughout 2019** | |
| | Relationship to debtor<br>**affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Raynor Shine Services, LLC** | Case number *(if known)* | **6:20-bk-00577-KJ** |
|---|---|---|---|

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 21, 2020**

**/s/ Henry E. Moorhead**                                          **Henry E. Moorhead**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

# Payments by Vendor

## November 1, 2019 through January 30, 2020

| | Nov 1, '19 - Jan 30, 20 | Type of Service Provider |
|---|---|---|
| PORT CONSOLIDATED | -345,547.71 | Fuel Provider |
| NATIONWIDE INSURANCE | -153,739.06 | Insurance company  Provider |
| Amerisure Mutual Insurance Co. | -110,231.08 | Workmen Compensation Vendor |
| David Locker | -90,907.31 | Chief Financial Officer |
| BB&T | -84,941.04 | Banking & Merchant Services |
| Walter Kirk* | -67,901.39 | Operation Manager Tampa |
| Florida Blue | -52,680.30 | Health Insurance Provider |
| Engage4Fun | -47,828.00 | Loan for equipment |
| KOMATSU FINANCIAL | -44,888.50 | Loan for equipment & Repairs |
| ORANGE COUNTY TAX CO | -24,675.15 | County Tax |
| BB&T LN#1 Equip -Fin | -23,110.89 | Loan for equipment |
| BB&T LN#2 DiamZ | -23,056.20 | Loan for equipment |
| BOULEVARD TIRE CENTER | -22,501.32 | Tire Provider |
| AFCO Insurance | -22,341.72 | Finance Agreement for Businees Ins |
| EPASS | -21,689.30 | Toll Road Provider |
| Magnificent Olivera, LLC. | -21,140.00 | Truck Hauler for Fines |
| BB&T LN#3 RALM Buildout | -20,478.20 | Loan for Buildout |
| AFLAC | -18,850.57 | Employee Paid Accidental Insurances |
| Peter Leotsakas* | -17,169.61 | Chief Executive Officer |
| Berkshire Hathaway | -17,082.55 | Workman Compensation |
| EXPERTPAY | -15,202.91 | Provider to pay Child Support |
| HERC Rentals, INC. | -15,137.39 | Equipment rentals / lighting |
| T* Mobil | -14,346.75 | Cell Phone Service Provider |
| GSE | -14,048.40 | Loan for rental equipment |
| GLENN JOINER & SON | -13,009.32 | Truck & equipment repair parts |
| Elite Diesel & Equipment Repair, Inc. | -12,952.25 | Truck & equipment repair parts |
| Total Truck Parts, Inc | -12,804.63 | Truck & equipment repair parts |
| ORLANDO FREIGHTLINER, INC | -12,563.94 | Truck & equipment repair parts |
| Orange County SOLID WASTE | -12,180.23 | Land fill dump site |
| Kuhn Kevin | -11,562.73 | Operation Manager Apopka & Ocoee Yard |
| Scott West L/T | -11,300.00 | Lessor for Ocoee Yard property |
| Jose Carrillo | -11,130.00 | Truck Hauler for Fines |
| C&N Mobile Tires Inc | -10,298.85 | On Call Road Tire repair |

## Payments by Vendor

### November 1, 2019 through January 30, 2020

| | Nov 1, '19 - Jan 30, 20 | Type of Service Provider |
|---|---|---|
| CATERPILLAR 6378-002Tampa NW | -10,268.06 | Equipment loan & repairs |
| CATERPILLAR 6378-001Nichols | -10,268.06 | Equipment loan & repairs |
| CATERPILLAR 4401-001Tampa NW | -10,085.32 | Equipment loan & repairs |
| Florida Industrial Scale, Co. | -10,000.00 | Scale provider |
| Henry E. Moorhead | -9,950.00 | Chief Financial Officer |
| Payne's Enviromental Services, LLC. | -9,900.00 | Truck Hauler for Fines |
| FLORIDA DEPT OF REV | -9,586.54 | Sales Tax Collector |
| CATERPILLAR 6378-003 Clearwater | -9,364.28 | Equipment loan & repairs |
| United Rentals | -9,311.40 | Equipment rentals / lighting |
| CATERPILLAR 6378-004 Falkenburg | -9,084.48 | Equipment loan & repairs |
| VERMEER SOUTHEAST | -8,954.42 | Equipment Repairs |
| Interstate Billing/RUSH TRUCK | -8,883.58 | Truck Repairs |
| RING POWER CORPORATION | -8,761.28 | Equipment Repairs & rentals |
| CATERPILLAR 4401-000 Tampa NW | -8,389.58 | Equipment loan & repairs |
| First 2 Truck, Inc. | -8,080.00 | Truck Repairs |
| CATERPILLAR 6378-000 Ocoee | -7,712.64 | Equipment loan & repairs |
| RUSH TRUCK CENTER | -6,891.94 | Truck repairs |
| **TOTAL** | **-1,552,788.88** | |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Raynor Shine Services, LLC**              Case No.    **6:20-bk-00577-KJ**
                              Debtor(s)               Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Management and Joint Ventures LL**<br>**17615 Deer Isle Cir**<br>**Winter Garden, FL 34787** | | | **67% membership interest** |
| **Mulch Properties, LLC**<br>**17615 Deer Isle Cir**<br>**Winter Garden, FL 34787** | | | **33% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 21, 2020**               Signature    **/s/ Henry E. Moorhead**
                                                    **Henry E. Moorhead**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.