UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **RAYNOR SHINE SERVICES, LLC** ) | Chapter 11 |
| ) | |
| **RAYNOR APOPKA LAND** ) | Case no. 6:20-bk-00577-LVV |
| **MANAGEMENT, LLC** ) | |
| ) | Case no. 6:20-bk-00578-LVV |
| **Debtors.** ) | |
| ) | *Jointly Administered with* |
| ) | Case no. 6:20-bk-00577-LVV |
| **RAYNOR SHINE SERVICES, LLC** ) | |
| Case no. 6:20-bk-00577-LVV ) | |
| ) | |
| **Applicable Debtor.** ) | |
| ) | |

**DEBTOR'S MOTION TO SELL**
**UNENCUMBERED PROPERTY OF THE BANKRUPTCY ESTATE**

The Debtor, Raynor Shine Services, LLC, pursuant to 11 U.S.C. §363(b), files this motion to sell unencumbered property of the bankruptcy estate and states:

1.  Chapter 11 Case. On January 30, 2020 (the "Petition Date"), Debtor filed the above referenced Chapter 11 case. The Debtor continues to manage its business as Debtor-in-Possession.

2.  Business of Debtor. The Debtor is a Florida limited liability company formed November 15, 2013. Debtor is engaged in green waste management, wood recycling, and the sale of recycled landscape products. The Debtor utilizes large grapple trucks to process organic vegetative debris from land clearing, tree and landscape companies, municipalities and the public. The debris is reduced and re-used.as colored

mulch products, soil amendments, compost and wood fuel.  The debtor's offices are located at 100 Hermit Smith Road, Apopka, Florida.

3. <u>Jurisdiction</u>.  This court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 11 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. <u>Proposed Sale</u>.  The Debtor requests Court approval for the sale of seven vehicles (the "Vehicles").  A listing of each vehicle, the names of the purchaser and proposed purchase prices are attached as Exhibit "A".  Values of the Vehicles as listed in Kelly Blue Book are attached as composite Exhibit "B."

5. <u>Sale Proceeds</u>.  The proceeds of the sale will be applied to the debt owed to Truist Bank, to be applied to the principal on Truist's loan ending 9007.

6. No previous request for the relief sought herein has been made to this or any other Court.

Accordingly, the Debtor prays that the court will enter an order granting this Motion to sell the Vehicles.

## RELIEF REQUESTED

The Debtor requests that the Court issue an Order: (i) permitting the debtor sell the Vehicles; (ii) use the proceeds of the sale to pay down the debt owed to Truist Bank, to be applied to the principal on Truist's loan ending 9007; and (iii) grant any other relief deemed appropriate by the Court.

Dated this 26th day of June, 2020.

/s/ Frank M. Wolff
Frank M. Wolff, Esq.
Florida Bar No. 319521
fwolff@lathlamluna.com
bknotice1@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
111 N. Magnolia Avenue, Suite 1400
Orlando, Florida 32801
Tel: (407) 481-5800
Fax: (407) 481-5801

*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I certify that a copy of this motion with attachments has been served on June 26, 2020: (i) to all filing users through the CM/ECF filing system; and (ii) by first class United States mail, postage prepaid, to all non-CM/ECF participants on the Local Rule 1007-2 Parties in Interest List as listed on the mailing matrix attached to the original of this motion filed with the Court.

*/s/ Frank M. Wolff*
Frank M. Wolff, Esq.

## Raynor Shine Services, LLC
Offers Received on Vehicles

| # | Year | Make & Model | Mileage | Average Trade-in | Offer | Buyer | Affiliation |
|---|------|--------------|---------|------------------|-------|-------|-------------|
| 1 | 2006 | Ford F250 Super Duty Crew Cab King Ranch Pick-up | 480,000 | $4,109 | $4,109 | Richard Ortiz | Raynor employee |
| 2 | 2015 | Dodge Ram 1500 Quad Cab SLT Pick-up | 178,000 | 5,210 | 3,000 | Art Coleman | Raynor employee |
| 3 | 2016 | Jeep Grand Cherokee Summit Sport Utility SUV | 71,000 | 20,673 | 21,500 | Jim Dinkel | Owner |
| 4 | 2011 | Dodge Durango Citadel Sport Utility SUV | 132,000 | 6,477 | 6,500 | Scott West | Raynor customer |
| 5 | 2017 | Dodge Ram 1500 Crew Cab Big Horn Pick-up | 67,500 | 19,721 | 21,000 | John Dinkel | Relative of owner |
| 6 | 2013 | Ford Escape SEL Sport Utility | 177,000 | 2,932 | 2,500 | Henry Moorhead | Raynor officer |
| 7 | 2014 | Dodge Ram 1500 Crew Cab Laramie Longhorn Pick-up | 141,000 | 13,928 | 14,000 | West Tree Service | Raynor customer |
|   |      |              |         | $73,050 | $72,609 |       |             |



### 2006 Ford F250 Super Duty Crew Cab King Ranch Pickup 4D 6 3/4 ft

near Winter Garden, FL
34787

Mileage: **480,000**   Condition: **Fair**   Check Specs
Next Service: **150,000 miles**

See How Others Price Your Car



## Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

| Instant Cash Offer | Trade-in Value | Private Party Value | Donate Your Car |



**1 Recall Found**
Is my car affected?

**Service & Repair Estimator**
What's a fair price?



Trade-in Range
**$2,768 - $5,449**
Trade-in Value
$4,109



Exhibit B

1:35

🔒 kbb.com



# Kelley Blue Book
THE TRUSTED RESOURCE

### 2015 Ram 1500 Quad Cab SLT Pickup 4D 6 1/3 ft
near Winter Garden, FL
34787

♡ Save

Mileage: **178,000**   Condition: **Fair**   Check Specs
Next Service: 150,000 miles

See How Others Price Your Car



Advertisement

## Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

| Instant Cash Offer | Trade-in Value ⌄ | Private Party Value | Donate Your Car |

⚠️ **14 Recalls Found**
Is my car affected? ›

🔧 **Service & Repair Estimator**
What's a fair price? ›



Trade-in Range
**$4,248 - $6,171**
Trade-in Value
**$5,210**






2:36



🔒 kbb.com



### 2016 Jeep Grand Cherokee Summit Sport Utility 4D

♡ Save

near Winter Garden, FL

34787

Mileage: **71,000**   Condition: **Good**   Check Specs
Next Service: **80,000 miles**

See How Others Price Your Car



Advertisement

## Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

| Instant Cash Offer | Trade-in Value | Private Party Value | Donate Your Car |

⚠ **5 Recalls Found**
Is my car affected?   ›

🔧 **Service & Repair Estimator**
What's a fair price?   ›

Trade-in Range
**$19,369 - $21,976**
Trade-in Value
**$20,673**

$21,500

1:28

🔒 kbb.com



**Kelley Blue Book**
THE TRUSTED RESOURCE

**2011 Dodge Durango Citadel Sport Utility 4D**
near Winter Garden, FL
34787 📍

♡ Save

Mileage: **135,000**   Condition: **Good**   Check Specs
Next Service: **136,000 miles**



Advertisement

## Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

| Instant Cash Offer | Trade-in Value | Private Party Value | Donate Your Car |



⚠️ **8 Recalls Found**
Is my car affected?  ›

🔧 **Service & Repair Estimator**
What's a fair price?  ›



Trade-in Range
**$5,684 - $7,269**
Trade-in Value
**$6,477**



1:30


kbb.com



# Kelley Blue Book
THE TRUSTED RESOURCE

### 2017 Ram 1500 Crew Cab Big Horn Pickup 4D 5 1/2 ft

near Winter Garden, FL
34787

♡ Save

**Mileage:** 67,500   **Condition:** Good   Check Specs
**Next Service:** 70,000 miles

See How Others Price Your Car



*Advertisement*

## Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

| Instant Cash Offer | Trade-in Value | Private Party Value | Donate Your Car |

⚠ **8 Recalls Found**
Is my car affected?   >

🔧 **Service & Repair Estimator**
What's a fair price?   >



**Trade-in Range**
**$18,557 - $20,884**
Trade-in Value
**$19,721**







### 2013 Ford Escape SEL Sport Utility 4D
near Winter Garden, FL
34787

♡ Save

Mileage: **176,000**   Condition: **Good**   Check Specs
Next Service: **150,000 miles**

See How Others Price Your Car



Advertisement

## Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

| Instant Cash Offer | Trade-in Value ⌄ | Private Party Value | Donate Your Car |

⚠ **15 Recalls Found**
Is my car affected? ›

🔧 **Service & Repair Estimator**
What's a fair price? ›

**Trade-in Range**
**$2,033 - $3,830**
Trade-in Value
**$2,932**



2:58



🔒 kbb.com



# Kelley Blue Book
THE TRUSTED RESOURCE



### 2014 Ram 1500 Crew Cab Laramie Longhorn Pickup 4D 6 1/3 ft

♡ Save

near Winter Garden, FL

34787 📍

Mileage: **144,000**   Condition: **Good**   Check Specs
Next Service: **150,000 miles**

See How Others Price Your Car



Advertisement

## Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

| Instant Cash Offer | Trade-in Value | Private Party Value | Donate Your Car |

⚠️ **14 Recalls Found**
Is my car affected? ›

🔧 **Service & Repair Estimator**
What's a fair price? ›



Trade-in Range
**$12,650 - $15,205**
Trade-in Value
$13,928

