| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-00577-LVV<br>Middle District of Florida<br>Orlando<br>Thu Jun 25 16:02:05 EDT 2020 | Stephen E Jenkins<br>Hemar, Rousso, & Heald, LLP<br>15910 Ventura Blvd. 12th Floor<br>Encino, CA 91436-2829 | Deborah LaFleur<br>Gray Robinson, PA<br>PO Box 3068<br>Orlando, FL 32802-3068 |
| Raynor Shine Services, LLC<br>100 Hermit Smith Rd<br>Apopka, FL 32703-3350 | A Sun State Trees, Inc.<br>1580 S. US Hwy 17/92<br>Longwood, FL 32750-6543 | Active Staffing Services<br>8040 NW 95th Street<br>Hialeah Gardens, FL 33016-2360 |
| Amerisure Mutual Insurance C<br>Dept #78226<br>PO Box 78000<br>Detroit, MI 48278-0226 | Brad Dinkel<br>c/o Michael Nardella<br>Nardella & Nardella PLLC<br>135 W. Central Blvd., Ste. 300<br>Orlando, FL 32801-2435 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| Caterpillar Financial Services Corporation<br>c/o Blake J. Delaney<br>Buchanan Ingersoll & Rooney PC<br>401 E. Jackson St., Suite 2400<br>Tampa, Florida 33602-5236 | Caterpillar Financial Services Corporation<br>c/o Buchanan Ingersoll & Rooney PC<br>401 E. Jackson St., Suite 2400<br>Tampa, FL 33602-5236 | Commercial Funding Inc.<br>Donald R Kirk<br>P.O. Box 3239<br>Tampa FL 33601-3239 |
| Commercial Funding Inc.<br>John J Lamoureux<br>P.O. Box 3239<br>Tampa, FL 33601-3239 | Commercial Funding, Inc.<br>c/o Donald R. Kirk, Esq.<br>PO Box 3239<br>Tampa, FL 33601-3239 | Commercial Funding, Inc.<br>c/o John J. Lamoureux, Esq.<br>PO Box 3239<br>Tampa, FL 33601-3239 |
| David Locker<br>8700 Bell Grove Way<br>Raleigh, NC 27615-3169 | DiCillo Services. LLC<br>7412 Goodwalt Ave.<br>Cleveland, OH 44102-2033 | Dobbs Equipment, LLC<br>c/o Thompson Commercial Law Group<br>412 E. Madison Street, Suite 900<br>Tampa, FL 33602-4617 |
| Eilite Diesel & Equip Repair<br>6717 Nova Rd<br>Saint Cloud, FL 34771-8668 | Engege4Fun, LLC<br>Michael Nardella<br>Nardella & Nardella PLLC<br>135 W.Central Blvd.,Ste. 300<br>Orlando, Florida 32801-2435 | Express Blower<br>PO Box 706339<br>CIncinnati, OH 45270-6339 |
| Florida Blue Group<br>Ancillary Dept. 1158<br>PO Box 121158<br>Dallas, TX 75312-1158 | Florida Industrial Scale Co<br>728 Industry Rd<br>Longwood, FL 32750-3632 | Florida Utility Trailers, Inc.<br>c/o John S. Schoene, Esq.<br>John S. Schoene, P.A.<br>341 N. Maitland Ave., Suite 260<br>Maitland, FL 32751-4782 |
| Glenn Joiner & Son Inc.<br>PO Box 770038<br>Winter Garden, FL 34777-0038 | Hanmi Bank<br>c/o Stephen E Jenkins<br>15910 Ventura Blvd, 12th Floor<br>Encino, CA 91436-2829 | Hillsborough County<br>Brian T. FitzGerald<br>Sr Asst. County Attorney<br>PO Box 1110<br>Tampa, FL 33601-1110 |
| Jordan D. Maglich, Esq.<br>Quarles & Brady, LLP<br>101 East Kennedy Boulevard, Suite 3400<br>Tampa, FL 33602-5195 | Komatsu Financial Limited Partnership<br>c/o Amanda E. Finley<br>Sequor Law<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131-3123 | Lee Crest Construction LLC<br>113 West Woodward Ave<br>Eustis FL 32726-4516 |

| | | |
|---|---|---|
| Nationwide Insurance<br>PO Box 10479<br>Des Moines, IA 50306-0479 | Orange County, Florida<br>c/o Linda S. Brehmer Lanosa, ACA<br>County Attorney's Office<br>201 South Rosalind Avenue, Third Floor<br>Orlando, FL 32801-3527 | Port Consolidated<br>PO Box 350430<br>Ft. Lauderdale, FL 33335-0430 |
| Ring Power Corp.<br>PO Box 935004<br>Atlanta, GA 31193-5004 | Synergy Rents<br>8151 N Orange Blossom Tr<br>Orlando, FL 32810-2650 | Tidewater Equipment Company<br>2254 Massaro Blvd.<br>Tampa, FL 33619 |
| Truist Bank f/k/a BB&T<br>BB&T Equipment Finance Corporation<br>c/o J. Ellsworth Summers, Jr., Esq.<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | Truist Bank f/k/a Branch Banking and Trust C<br>BB&T Equipment Finance Corporation<br>c/o J. Ellsworth Summers, Jr., Esq.<br>50. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | Truist Bank f/k/a Branch Banking and Trust C<br>c/o Dana Robbins<br>Burr & Forman LLP<br>201 N. Franklin St.<br>Tampa, FL 33602-5182 |
| Truist Bank f/k/a Branch Banking and Trust C<br>c/o Dana Robbins, Esq.<br>Burr & Forman LLP<br>201 N. Franklin St.<br>Tampa, FL 33602-5182 | United Rentals<br>PO Box 100711<br>Atlanta, GA 30384-0711 | VFS Leasing Co.<br>PO Box 26131<br>Greensboro, NC 27402-6131 |
| VFS US LLC<br>PO Box 26131<br>Greensboro, NC 27402-6131 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | John M. Brennan +<br>Gray Robinson<br>301 E. Pine Street<br>Suite 1400<br>Orlando, FL 32801-2798 |
| John S Schoene +<br>John S Schoene PA<br>341 N Maitland Avenue<br>Suite 260<br>Maitland, FL 32751-4782 | Frank M Wolff +<br>Latham, Luna, Eden & Beaudine, LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Donald R Kirk +<br>Carlton Fields, P.A.<br>PO Box 3239<br>4221 W. Boy Scout Blvd., #1000 (33602)<br>Tampa, FL 33607-5743 |
| John J Lamoureux +<br>Carlton Fields Jorden Burt, P.A.<br>Post Office Box 3239<br>Tampa, FL 33601-3239 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Gregory A. Sanoba +<br>The Sanoba Law Firm<br>422 South Florida Avenue<br>Lakeland, FL 33801-5227 |
| Brian T FitzGerald +<br>Hillsborough County Attorney<br>Senior Assistant County Attorney<br>PO Box 1110<br>Tampa, FL 33601-1110 | J Ellsworth Summers Jr.+<br>Burr & Forman, LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | Brian Leung +<br>Holcomb & Mayts<br>201 North Armenia Avenue<br>Tampa, FL 33609-2303 |
| Michael A Nardella +<br>Nardella & Nardella, PLLC<br>135 West Central Boulevard, Suite 300<br>Orlando, FL 32801-2435 | Blake J Delaney +<br>Buchanan Ingersoll & Rooney PC<br>401 E. Jackson St., Suite 2400<br>Tampa, FL 33602-5236 | Tyler James Caron +<br>Thompson Commercial Law Group<br>412 E. Madison Street, Suite 900<br>Tampa, FL 33602-4617 |
| Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Amanda E Finley +<br>Sequor Law, PA<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131-3123 | Jordan D Maglich +<br>Quarles & Brady LLP<br>101 East Kennedy Boulevard, Suite 3400<br>, FL 33602-5195 |

```
Dana L Robbins +                    Lori V. Vaughan +                   Allison B Hudson +
Burr & Forman, LLP                  Orlando                             Vedder Price P.C.
201 North Franklin Street, Suite 3200  , FL                             222 North LaSalle Street, Suite 2600
Tampa, FL 33602-5872                                                    Chicago, IL 60601-1104


Linda S Brehmer-Lanosa +            Note: Entries with a '+' at the end of the
Orange County Attorney's Office     name have an email address on file in CMECF
201 South Rosalind Avenue, Third Floor
Orlando, FL 32801-3527
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Branch Banking & Trust Co
PO Box 1290
Whiteville, NC 28472
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Lee Crest Construction LLC       End of Label Matrix
113 West Woodward Ave.              Mailable recipients    64
Eustis, FL 32726-4516               Bypassed recipients     1
                                    Total                  65
```